# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-3188

**Case Name** Mi Familia Vota, et al. v. Fontes, et al.

**Counsel submitting this form** Thomas Basile

**Represented party/parties** Appellants Warren Petersen, Ben Toma, and RNC

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2022, the Arizona Legislature enacted the two statutes at issue in this case, H.B. 2492 and H.B. 2243 (the "Voting Laws"). The primary provisions of the Voting Laws require (1) documentary proof of citizenship ("DPOC") as a condition of voting for president or by mail; (2) county recorders to reject State Form voter registrations that lack DPOC or documentary proof of residence ("DPOR"); (3) applicants using the State Form to check a box confirming their citizenship and to provide their place of birth; (4) county recorders to forward a list of Federal Only voters to the Attorney General for follow-up inquiries; (5) county recorders to search the Systematic Alien Verification for Entitlements system ("SAVE") if a voter lacks DPOC or the county recorder has "reason to believe" the voter is not a citizen; (6) the Secretary of State and county recorders to conduct periodic reviews of Arizona Department of Transportation data and juror questionnaire responses to identify potential non-citizens or non-residents on the voter rolls; and (7) county recorders to use available databases to verify the citizenship status of prospective and existing registered voters.

The plaintiff groups in the consolidated proceedings challenged these provisions on various constitutional and statutory grounds, including the Fourteenth and Fifteenth Amendments, the National Voter Registration Act, 52 U.S.C. 10101(a)(2)(A), 52 U.S.C. 10101(A)(2)(B), and Section 2 of the Voting Rights Act.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court held that certain provisions of the Voting Laws are valid and enforceable, but enjoined the implementation of the Voting Laws to the extent they (1) prohibit voters who have not provided DPOC from voting for president or casting ballots by mail, (2) are inconsistent with a consent decree entered into by the Secretary of State and Maricopa County Recorder in other litigation proceedings in 2018, (3) require State Form registrants to check a box confirming their citizenship and to disclose their place of birth, (4) require State Form registrants to provide DPOR as a condition of voting in federal elections, (5) require the "systematic" cancellation of voter registrations within 90 days preceding a federal election, and (6) require the county recorders to search SAVE when they have "reason to believe" a voter is not a citizen.

The Appellants appeal all of the foregoing determinations. The legislative Appellants also appeal the district court's ruling that they waived legislative privilege by intervening in this proceeding.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

On May 17, 2024, the Appellants moved for a partial stay of the district court's injunction pending appeal. The district court has not yet ruled on the motion.

On May 15, 2024, Plaintiffs-Appellees Chicanos Por La Causa, Chicanos Por La Causa Action Fund, and Poder Latinx moved to vacate the district court's judgment in part under Federal Rule 60. The district court has not yet ruled on the motion.

**Signature** s/Thomas Basile     **Date** May 22, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 Rev. 09/01/22

2