# EXHIBIT 1

# EXHIBIT 1

## DECLARATION OF ADRIAN FONTES

STATE OF ARIZONA      )
                      ) ss.
County of Maricopa    )

Adrian Fontes, for his unsworn declaration, says:

1. I am over 21 years of age and competent to offer this testimony. I have personal knowledge of the facts stated in this Declaration. My personal knowledge is based on my own participation in, or observation of, the matters set forth herein. If called as a witness to testify as to the matters set forth in this Declaration, I could and would testify competently.

2. I am making this declaration in connection with the *Mi Familia Vota., et al. v. Adrian Fontes, et al.*, Case No. 2:22-cv-00509-SRB (the "Lawsuit"), which is on appeal from the United States District Court for the District of Arizona.

3. I am Arizona's 22nd and current Secretary of State. I make this Declaration on my Office's behalf.

4. The 2024 election cycle, including for the office of President of the United States, is upon us. Our Office has worked with election officials across Arizona for many months to prepare for the 2024 election cycle.

5. The total number of active/inactive Federal Only voters in Arizona is 35,430. Of those, 19,130 are active presumably in-person voters, and 4,195 are on the Arizona Early Voter List.

6. In the 2020 election, the voter turnout was nearly 80%. *See* 2020_general_state_canvass.pdf (azsos.gov). Our Office expects, and I believes Arizona's counties are preparing, for at least a similar turnout in 2024.

7. On May 1, 2024, election officials sent voters their 90-day notice. *See* A.R.S. § 16-544(D).

8. The deadline to print sample ballots was June 20, 2024. *See* A.R.S. § 16-461.

58928856.1

1    9.   Early voting begins, and the initiative filing deadline, is on July 3, 2024.
2 *See* A.R.S. § 16-542(C).

3    10.  Signature rosters are printed on July 20, 2024, the DPOC cure deadline is
4 on July 25, 2024, and early voting ends on July 30, 2024. *See* A.R.S. § 16-542(E) (early
5 voting); Election Procedures Manual at p. 7 (incorporating LULAC Consent Decree
6 requirements related to DPOC); A.R.S. § 16-166(A) (signature rosters).

7    11.  Non-partisan election challenges must be filed by July 22, 2024 and
8 decided by August 1, 2024.

9    12.  The Presidential Primary Election occurs on July 30, 2024.

10   13.  The deadline for my Office to transmit a 5% random sample of signatures
11 related to ballot measures is August 1, 2024. *See* A.R.S. § 19-121.01.

12   14.  The deadline for counties to complete review of ballot-related signature
13 samples is August 22, 2024.

14   15.  The deadline to print publicity pamphlets is August 29, 2024.

15   16.  In my experience as an election official, including as the former Maricopa
16 County Recorder, I believe that entering a stay of this Court's Judgment, at this stage, will
17 only create confusion and chaos for voters and election officials alike in the upcoming 2024
18 election cycle.

19   17.  The Election Procedures Manual reflects and accounts for, among other
20 things, the district court's Judgment. The Election Procedures Manual has been approved
21 by Arizona's Governor, Arizona's Attorney General, and myself. My Office understands
22 that Counties across Arizona have implemented processes and procedures, or are well into
23 the process of doing so, reliant and complaint with those set forth in the Election
24 Procedurals Manual. To be sure, at this juncture in Arizona Elections, time is not only of
25 the essence but it is in short supply. I understand that election officials across Arizona are
26 preparing for what is expected to be a very active 2024 election cycle. Last minute state-
27 wide policy changes like those requested in the Motion, no matter how small they may
28 seem to some, can (and I believe will) drastically impact how affected votes are collected

2

58928856.1

and processed. Such confusion and chaos on the cusp of an election will undoubtedly cause voters to harbor doubts about our election procedures, our election officials, and our elections themselves. That risk alone, in the context of this action, strongly cautions against "creating or altering election rules close to elections to avoid voter confusion." *Mi Familia Vota v. Hobbs*, 492 F. Supp. 3d 980, 985 (D. Ariz. 2020) (citing *Purcell*, 549 U.S. 1 at 4-5).

18.　I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

By: /s/ *[signature]*
　　Adrian Fontes

3

58928856.1