# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-4029; 24-3188, 24-3559 (Previously Filed Appeals)

**Case Name** Promise Arizona, et al. v. Petersen, et al.

**Counsel submitting this form** Ernest I. Herrera

**Represented party/parties** Promise Arizona, SVREP

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2022, the Arizona Legislature enacted the two statutes at issue in this case, House Bill 2492 ("H.B. 2492") and House Bill 2243 ("H.B. 2243") (collectively, "the Voting Laws"). H.B. 2492 dealt with voter registration in Arizona, making changes to requirements for providing documentary proof of residence, place of birth, confirming United States citizenship by checking a box, and providing documentary proof of citizenship, in addition to county recorder "verification" requirements.

H.B. 2243, which was related to the provisions in H.B. 2492, changed Arizona voter registration list maintenance requirements and superseded certain elements of H.B. 2492. H.B. 2243 requires Arizona county recorder officials to consult regularly state and federal databases or data programs purportedly in order to identify registered voters who are not U.S. citizens. Among other requirements, the Secretary of State on a monthly basis must compare the Arizona voter registration database to the Arizona Department of Transportation Motor Vehicles Division ("MVD") Database and notify county recorders of voters who have moved residences or are not U.S. citizens. County recorders must also conduct monthly SAVE checks on voters who county recorders have reason to believe are not U.S. citizens.

Plaintiffs Promise Arizona and Southwest Voter Registration Education Project ("SVREP") filed a complaint challenging H.B. 2243 in the United States District Court for the District of Arizona and bringing several causes of action including a cause of action that Arizona enacted H.B. 2243 with discriminatory intent. The District Court consolidated Plaintiffs' lawsuit with suits that other plaintiffs and the United States filed previously as cause number 2:22-cv-00509-SRB.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The District Court held that some provisions of the Voting Laws were unconstitutional or violated statute, while others were valid. Among other conclusions, the District Court held that Arizona enacted neither of the Voting Laws with discriminatory purpose. Many of these conclusions are being challenged in a related appeal by AZ Senate President Warren Petersen, AZ House Speaker Ben Toma, and the RNC. The issues in that appeal are summarized in their mediation questionnaire. See 9th Cir. No. 24-3188 (Dkt. 8).

Plaintiffs Promise Arizona and SVREP intend to appeal the District Court's conclusion that Arizona did not enact H.B. 2243 with a discriminatory purpose.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

No further proceedings remain below.

**Signature** s/ Ernest I. Herrera  **Date** July 8, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 7     Rev. 09/01/22

2