No. 24-3188

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MI FAMILIA VOTA, *et al.*,
          *Plaintiffs-Appellees*,

v.

ADRIAN FONTES, *et al.*,
          *Defendants-Appellants*,

WARREN PETERSEN, *et al.*,
         *Intervenor-Defendant-Appellants*.

On Appeal from the United States District Court
for the District of Arizona, No. 2:22-CV-00509 (Bolton, J.)

## NON-U.S. PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO REPUBLICAN PARTY OF ARIZONA'S MOTION TO INTERVENE

Elisabeth C. Frost
Christopher D. Dodge
Daniela Lorenzo
Qizhou Ge
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
efrost@elias.law
cdodge@elias.law
dlorenzo@elias.law
age@elias.law

Roy Herrera
Daniel A. Arellano
Jillian L. Andrews
HERRERA ARELLANO LLP
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004-1935
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*

Non-U.S. Plaintiffs respectfully request a one-week extension of time to file a response to Arizona Republican Party's Motion to Intervene (ECF No. 63.1). Arizona Republican Party filed their Motion to Intervene on July 3, 2024, and responses are currently due on July 15, 2024. Non-U.S. Plaintiffs seek an extension to respond until July 22, 2024, to enable them the opportunity to align on a coordinated response. Arizona Republican Party indicated that they do not oppose, and no other party has indicated that it is opposed.

July 10, 2024                                              Respectfully submitted,

                                                          *s/ Daniel A. Arellano*

**HERRERA ARELLANO LLP**          **ELIAS LAW GROUP LLP**
Roy Herrera                                    Elisabeth C. Frost
Daniel A. Arellano                          Christopher D. Dodge
Jillian L. Andrews                          Daniela Lorenzo
1001 North Central Avenue          Qizhou Ge
Suite 404                                        250 Massachusetts Ave NW
Phoenix, AZ 85004-1935              Suite 400
Telephone: (602) 567-4820          Washington, DC 20001
roy@ha-firm.com                          Telephone: (202) 968-4513
daniel@ha-firm.com                      Facsimile: (202) 968-4498
jillian@ha-firm.com                       efrost@elias.law
                                                         cdodge@elias.law
                                                         dlorenzo@elias.law
                                                         age@elias.law

***Attorneys for Plaintiffs Mi Familia Vota and Voto Latino***

Filed with the consent of counsel for non-U.S. Plaintiffs listed below.

*/ Ernest Herrera*

**ORTEGA LAW FIRM**
Daniel R. Ortega Jr.
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
Telephone: (602) 386-4455
danny@ortegalaw.com

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Ernest Herrera
Erika Cervantes
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
eherrera@maldef.org
ecervantes@maldef.org

*Attorneys for Promise Arizona and Southwest Voter Registration Education Project*

*/ John A. Freedman*

**FAIR ELECTIONS CENTER**
Jon Sherman
Michelle Kanter Cohen
Beauregard Patterson
1825 K St. NW, Ste. 450
Washington, D.C. 20006
Telephone: (202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
bpatterson@fairelectionscenter.org

**ARNOLD & PORTER KAYE SCHOLER, LLP**
John A. Freedman
Jeremy Karpatkin
Erica McCabe
Leah Motzkin
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Erica.McCabe@arnoldporter.com
Leah.Motzkin@arnoldporter.com

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
Daniel J. Adelman
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85012
Telephone: (602) 258-8850
danny@aclpi.org

Leah R. Novak
Andrew Hirschel
250 West 55th Street
New York, NY 10019
Leah.Novak@arnoldporter.com
Telephone: (212) 836-8000
Andrew.Hirschel@arnoldporter.com

*Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

/s/ Niyati Shah

**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
Niyati Shah
Terry Ao Minnis
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

**LATHAM & WATKINS LLP**
Sadik Huseny
Amit Makker
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com
amit.makker@lw.com

**SPENCER FANE**
Andrew M. Federhar
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431
afederhar@spencerfane.com

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

/ Danielle Lang

**BARTON MENDEZ SOTO**
James Barton
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
Telephone: 480-418-0668
james@bartonmendezsoto.com

**CAMPAIGN LEGAL CENTER**
Danielle Lang
Jonathan Diaz
Brent Ferguson
Kathryn Huddleston
1101 14th St. NW, Suite 400
Washington, D.C. 20005
Telephone: (202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org

bferguson@campaignlegelcenter.org
khuddleston@campaignlegalcenter.org

**DEPARTMENT OF JUSTICE
SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
Attorney General
Chase A. Velasquez
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov
Chase.Velasquez@scat-nsn.gov

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler
John Bonifaz
Ben Clements
Ronald Fein
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

**MAYER BROWN LLP**
Lee H. Rubin
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
lrubin@mayerbrown.com

Gary A. Isaac
Daniel T. Fenske
William J. McElhaney, III
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com

Rachel J. Lamorte
1999 K Street NW
Washington, DC 20006
Telephone: (202) 362-3000
rlamorte@mayerbrown.com

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

/ *Joshua J. Messer*

**OSBORN MALEDON, P.A.**
David B. Rosenbaum
Joshua J. Messer
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

**LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Ezra Rosenberg
Ryan Snow
1500 K Street NW, Suite 900
Washington, DC 20005
Telepone: (202) 662-8600
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org

**GILA RIVER INDIAN COMMUNITY**
Javier G. Ramos
Post Office Box 97
Sacaton, Arizona 85147
Telephone: (520) 562-9760
javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only*

**NATIVE AMERICAN RIGHTS FUND**
Allison A. Neswood
Michael S. Carter
Matthew Campbell
Jacqueline D. DeLeon
250 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 447-8760
neswood@narf.org
carter@narf.org
mcampbell@narf.org
jdeleon@narf.org

Samantha B. Kelty
950 F Street NW, Suite 1050,
Washington, D.C. 20004
Telephone: (202) 785-4166 (direct)
kelty@narf.org

**TOHONO O'ODHAM NATION**
Howard M. Shanker
Attorney General
Marissa L. Sites
Assistant Attorney General
P.O. Box 830
Sells, Arizona 85634
Telephone: (520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov

*Representing Tohono O'odham Nation Only*

**Attorneys for Tohono O'odham Nation, Gila River Indian Community,**

*Keanu Stevens, Alanna Siquieros, and LaDonna Jacket*

## CERTIFICATE OF COMPLIANCE

This motion complies with the applicable provisions of both the Federal Rules of Appellate Procedure and this Court's rules in that: (1) according to the word-count feature of the word-processing system used to generate the motion (Microsoft Word), the opposition contains 85 words, excluding the portions exempted from the count by the rules, and (2) the motion has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

/ *Christopher D. Dodge*
CHRISTOPHER D. DODGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, which will notify all registered counsel.

<u>/ Daniel A. Arellano</u>
Daniel A. Arellano