# Exhibit A

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
4/2/2024 4:36:43 PM
Filing ID 17594930

Kory Langhofer, Ariz. Bar No. 024722
kory@statecraftlaw.com
Thomas Basile, Ariz. Bar. No. 031150
tom@statecraftlaw.com
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078

Joseph Kanefield (#015838)
Tracy A. Olson (#034616)
Vanessa Pomeroy (#037673)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
E-Mail: jkanefield@swlaw.com
       tolson@swlaw.com
       vpomeroy@swlaw.com

*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| WARREN PETERSEN, in his official capacity as the President of the Arizona State Senate; and BEN TOMA, in his official capacity as the Speaker of the Arizona House of Representatives,<br><br>    Plaintiffs,<br><br>v.<br><br>ADRIAN FONTES, in his official capacity as the Arizona Secretary of State,<br><br>    Defendant. | No. CV2024-001942<br><br>**JOINT STIPULATION OF DISMISSAL OF COUNT VI**<br><br>(Assigned to the Hon. Scott Blaney) |

The parties, by and through undersigned counsel, stipulate and agree to the following, and respectfully request that the Court adopt and incorporate such stipulations in an order dismissing Count VI of the Complaint without prejudice:

1. Count VI of the Plaintiffs' Complaint seeks declaratory relief with respect to the interpretation and application of certain provisions of the 2023 Elections Procedures Manual ("EPM") that concern statutes that were the subject of litigation proceedings that remained pending at the time the EPM was issued.

2. The EPM may note the pendency of legal proceedings and court rulings in order to increase awareness. The EPM cannot by itself, however, invalidate or amend statutory requirements, or interfere with or abrogate the appellate rights of litigants in ongoing legal proceedings. To that end, the EPM may memorialize court rulings as of its adoption date, but to the extent such rulings are reversed or modified on appeal, the statutory requirements as interpreted by the court will control over any contrary provisions in the EPM.

3. The foregoing stipulation renders unnecessary any further proceedings concerning Count VI at this time.

RESPECTFULLY SUBMITTED this 2nd day of April, 2024.

        STATECRAFT PLLC

By:   /s/Thomas Basile
      Kory Langhofer
      Thomas Basile
      649 North Fourth Avenue, First Floor
      Phoenix, Arizona 85003

SNELL & WILMER, L.L.P.

By:   /s/Joseph Kanefield (with permission)
      Joseph Kanefield
      Tracy A. Olson
      Vanessa Pomeroy
      One East Washington Street
      Suite 2700
      Phoenix, Arizona 85004

      *Attorneys for Plaintiffs*

KRISTIN K. MAYES
ATTORNEY GENERAL

By:   /s/Kara Karlson (with permission)
      Kara Karlson
      Karen J. Hartman-Tellez
      Kyle Cummings
      2005 North Central Avenue
      Phoenix, Arizona 85004

      *Attorneys for Defendant*

2

**ORIGINAL** of the foregoing filed electronically via TurboCourt on the 2nd day of April, 2024 with:

MARICOPA COUNTY SUPERIOR COURT
201 West Jefferson Street
Phoenix, Arizona 85003

**COPY** served electronically this same date on:

Kara Karlson
Karen Hartman-Tellez
Kyle Cummings
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
2005 North Central Ave.
Phoenix, Arizona 85004-2926
Kara.Karlson@azag.gov
Karen.Hartman@azag.gov
Kyle.Cummings@azag.gov
*Attorneys for Arizona Secretary of State Adrian Fontes*

　　　　　　　　　　　　　　　　*/s/Daxon Ernyei*_____
　　　　　　　　　　　　　　　　Daxon Ernyei