**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MI FAMILIA VOTA; et al.,

        Plaintiffs - Appellees,

 v.

ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,

        Defendants - Appellees,

WARREN PETERSEN, President of the Arizona Senate; et al.,

        Intervenor-Defendants - Appellants,

------------------------------------

ARIZONA REPUBLICAN PARTY,

        Intervenor - Pending.

No. 24-3188

D.C. No. 2:22-cv-00509-SRB
District of Arizona, Phoenix

ORDER

MI FAMILIA VOTA; et al.,

        Plaintiffs - Appellees,

 v.

KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,

        Defendants - Appellants,

No. 24-3559
D.C. No. 2:22-cv-00509-SRB
District of Arizona, Phoenix

------------------------------------------

ARIZONA REPUBLICAN PARTY,

       Intervenor - Pending.

PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,

       Plaintiffs - Appellants,

and

MI FAMILIA VOTA; et al.,

       Plaintiffs,

  v.

ADRIAN FONTES; et al.,

       Defendants,

and

KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,

       Defendants - Appellees,

WARREN PETERSEN; et al.,

       Intervenor-Defendants - Appellees,

------------------------------------------

ARIZONA REPUBLICAN PARTY,

No. 24-4029
D.C. No.
2:22-cv-00509-SRB
District of Arizona,
Phoenix

Intervenor - Pending.

The State of Arizona and Arizona Attorney General Mayes's unopposed motion to partially adjust the briefing schedule (Dkt. 78) is **GRANTED**. Because separate briefing and argument on the issues would be difficult logistically and inefficient, we grant the State and Attorney General's alternative proposal.

The first briefs on cross-appeal for defendants are due July 29, 2024. The second briefs on cross-appeal for plaintiffs are due August 12, 2024. The third briefs on cross-appeal for defendants are due August 26, 2024. The optional reply briefs on cross-appeal for plaintiffs are due within 7 days after service of the third briefs on cross-appeal. Oral argument will take place as scheduled on September 10, 2024. *See* Dkt. 77.

**IT IS SO ORDERED.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT