No. 24-3188

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MI FAMILIA VOTA, ET AL.,

*Plaintiffs-Appellees*,

v.

ADRIAN FONTES, ET AL.,

*Defendants-Appellants*,

WARREN PETERSEN, ET AL.,

*Intervenor-Defendant-Appellants*.

On Appeal from the United States District Court
for the District of Arizona, No. 2:22-CV-00509 (Bolton, J.)

## CERTAIN NON-U.S. PLAINTIFFS-APPELLEES' CIRCUIT RULE 27-3 CERTIFICATE

## CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Telephone numbers, email addresses, and office addresses of the attorneys for the parties.**

**Intervenors-Appellants Arizona State Senate President Warren Petersen and Speaker of the Arizona House of Representatives Ben Toma:**

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, AZ 85003
602-382-4078
Email: kory@statecraftlaw.com
Email: tom@statecraftlaw.com

**Intervenor-Appellant Republican National Committee:**

Tyler Green
Gilbert C. Dickey
Conor Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
703-243-9423
Email: tyler@consovoymccarthy.com
Email: gilbert@consovoymccarthy.com
Email: conor@consovoymccarthy.com

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Avenue, Suite B

Phoenix, AZ 85003
602-382-4078
Email: kory@statecraftlaw.com
Email: tom@statecraftlaw.com


**Plaintiffs-Appellees Mi Familia Vota and Voto Latino:**
Daniel Arellano
Jillian Andrews
HERRERA ARELLANO LLP
1001 N Central Ave., Ste. 404
Phoenix, AZ 85004-1500
602-567-4820
Email: daniel@ha-firm.com
Email: jillian@ha-firm.com

Christopher D. Dodge
Elisabeth C. Frost
Marc E. Elias
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
202-968-4513
202-968-4498
Email: cdodge@elias.law
Email: efrost@elias.law
Email: melias@elias.law


**Plaintiffs-Appellees Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change:**
Alexander Bennett Ritchie
Chase Andrew Velasquez

SAN CARLOS APACHE TRIBE - OFFICE OF THE ATTORNEY
GENERAL
PO Box 40
San Carlos, AZ 85550
928-475-3344
Email: alex.ritchie@scat-nsn.gov
Email: chase.velasquez@scat-nsn.gov

Courtney Hostetler
John C Bonifaz
FREE SPEECH FOR PEOPLE
48 N Pleasant St., Ste. 304
Amherst, MA 01002
617-943-1803
Email: chostetler@freespeechforpeople.org
Email: jbonifaz@freespeechforpeople.org

William Joseph McElhaney, III
MAYER BROWN LLP
71 S Wacker Dr.
Chicago, IL 60606
312-701-8926
Email: WMcElhaney@mayerbrown.com

Lee H. Rubin
MAYER BROWN LLP
2 Palo Alto Sq Ste 300
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2037
Email: lrubin@mayerbrown.com

Rachel J. Lamorte
MAYER BROWN LLP

1999 K St. NW
Washington, DC 20006
202-263-3262
Email: rlamorte@mayerbrown.com

Danielle Marie Lang
Jonathan Diaz
Robert Brent Ferguson
Kathryn Huddleston
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
202-736-2200
Email: dlang@campaignlegalcenter.org
Email: jdiaz@campaignlegal.org
Email: bferguson@campaignlegalcenter.org
Email: khuddleston@campaignlegalcenter.org

James Evans Barton, II
BARTON MENDEZ SOTO PLLC
401 W Baseline Rd., Ste, 205
Tempe, AZ 85283
480-550-5165
Email: james@bartonmendezsoto.com

**Plaintiff-Appellee United States of America:**
Jonathan Backer
Bonnie Robin-Vergeer
Matthew Drecun
DOJ – U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIV, APPELLATE SECTION
P.O. Box 14403, Ben Franklin Station
MJB 3710
Washington, DC 20044-4403

202-532-3528
Email: jonathan.backer@usdoj.gov
202-353-2464
Email: bonnie.robin-vergeer@usdoj.gov
202-550-9589
Email: matthew.drecun@usdoj.gov

**Plaintiffs-Appellees Poder Latinx, Chicanos Por La Causa, and
Chicanos Por La Causa Action Fund:**
Jonathan Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 701
Washington, DC 20006
202-331-0114
Email: jsherman@fairelectionscenter.org
Email: mkantercohen@fairelectionscenter.org

Daniel Jay Adelman
ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST
352 E Camelback Rd., Ste. 200
Phoenix, AZ 85012
602-258-8850
Email: danny@aclpi.org

John A Freedman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW, Ste. 1000
Washington, DC 20001
202-942-5000
Email: john.freedman@arnoldporter.com

**Plaintiffs-Appellees Democratic National Committee and Arizona
Democratic Party:**

Christopher E. Babbitt
Daniel S. Volchok
Seth P. Waxman
Joseph Meyer
WILMER CUTLER PICKERING HALE & DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
202-663-6000
Email: christopher.babbitt@wilmerhale.com
Email: daniel.volchok@wilmerhale.com
Email: seth.waxman@wilmerhale.com
Email: joseph.meyer@wilmerhale.com

**Plaintiff-Appellee Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition:**
Amit Makker
Catherine Anne Rizzoni
Evan Omi
Sadik Huseny
LATHAM & WATKINS LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111
415-391-0600
Email: amit.makker@lw.com
Email: cat.rizzoni@lw.com
Email: evan.omi@lw.com
Email: sadik.huseny@lw.com

Andrew Mark Federhar
SPENCER FANE LLP
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251
602-333-5430
Email: afederhar@spencerfane.com

Niyati Shah
ASIAN AMERICANS ADVANCING JUSTICE - AAJC
1620 L St. NW, Ste. 1050
Washington, DC 20036
202-296-2300
Email: nshah@advancingjustice-aajc.org

**Plaintiffs-Appellees Promise Arizona and Southwest Voter Registration Education Project:**

Daniel R. Ortega, Jr.
ORTEGA LAW FIRM PC
361 E Coronado Rd., Ste. 101
Phoenix, AZ 85004-1525
602-386-4455
Email: danny@ortegalaw.com

Ernest Israel Herrera
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S Spring St., 11th Fl.
Los Angeles, CA 90014
213-629-2512
Email: eherrera@maldef.org

**Plaintiffs-Appellees Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket:**

Allison Neswood
Matthew L. Campbell
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave
Boulder, CO 80302
303-447-8760
Email: neswood@narf.org

Email: mcampbell@narf.org

David B. Rosenbaum
Joshua J. Messer
OSBORN MALEDON, PA
2929 N Central Ave., 21st Fl.
Phoenix, AZ 85012
602-640-9000
Email: drosenbaum@omlaw.com

Ezra D. Rosenberg
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW., Ste. 900
Washington, DC 20005
202-662-8600
Email: erosenberg@lawyerscommittee.org

Howard Marc Shanker
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
520-383-3410
Email: howard.shanker@tonation-nsn.gov
*Representing Tohono O'odham Nation Only

Javier G. Ramos
Gila River Indian Community - Sacaton, AZ
P.O. Box 97
Sacaton, AZ 85147
520-562-9760
Email: javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only

**Defendant-Appellee Adrian Fontes, Arizona Secretary of State:**

Joshua Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn Boughton
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N Central Avenue
Phoenix, AZ  85004
602-542-8958
Email: joshua.bendor@azag.gov
602-542-8255
Email: hayleigh.crawford@azag.gov
Email: joshua.whitaker@azag.gov
602-542-7932
Email: kathryn.boughton@azag.gov

Craig Alan Morgan
SHERMAN & HOWARD LLC
2555 E Camelback Rd., Ste 1050
Phoenix, AZ 85016
602-240-3062
Email: cmorgan@shermanhoward.com

**Defendants-Appellee State of Arizona:**

Joshua Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn Boughton
Timothy Edward Durkin Horley
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N Central Avenue
Phoenix, AZ  85004
602-542-8958
Email: joshua.bendor@azag.gov
602-542-8255

Email: hayleigh.crawford@azag.gov
Email: joshua.whitaker@azag.gov
602-542-7932
Email: kathryn.boughton@azag.gov
520-977-7963
Email: timothy.horley@azag.gov

**Defendant-Appelle Arizona Department of Transportation Director Jennifer Toth:**

Joshua Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn Boughton
Timothy Edward Durkin Horley
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N Central Avenue
Phoenix, AZ  85004
602-542-8958
Email: joshua.bendor@azag.gov
602-542-8255
Email: hayleigh.crawford@azag.gov
Email: joshua.whitaker@azag.gov
602-542-7932
Email: kathryn.boughton@azag.gov
520-977-7963
Email: timothy.horley@azag.gov

**Defendant-Appellee Attorney General Kris Mayes:**

Joshua Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn Boughton
Timothy Edward Durkin Horley
ARIZONA ATTORNEY GENERAL'S OFFICE

2005 N Central Avenue
Phoenix, AZ  85004
602-542-8958
Email: joshua.bendor@azag.gov
602-542-8255
Email: hayleigh.crawford@azag.gov
Email: joshua.whitaker@azag.gov
602-542-7932
Email: kathryn.boughton@azag.gov
520-977-7963
Email: timothy.horley@azag.gov

**Defendant-Appellee Larry Noble, Apache County Recorder:**
Celeste M. Robertson
APACHE COUNTY ATTORNEY'S OFFICE
P.O. Box 637
Saint Johns, AZ 85936
928-337-7560
Email: crobertson@apachecountyaz.gov

**Defendant-Appellee David W. Stevens, Cochise County Recorder:**
Christine Joyce Roberts
COCHISE COUNTY ATTORNEY'S OFFICE
P.O. Box CA
Bisbee, AZ 85603
520-432-8754
Email: croberts@cochise.az.gov

**Defendant-Appellee Patty Hansen, Coconino County Recorder:**
Rose Marie Winkeler
FLAGSTAFF LAW GROUP
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800

Email: rose@flaglawgroup.com

**Defendant-Appellee Sadie Jo Bingham, Gila County Recorder:**
Jefferson R. Dalton
GILA COUNTY ATTORNEY'S OFFICE
1400 E Ash St.
Globe, AZ 85501
928-402-8630
Email: jdalton@gilacountyaz.gov

**Defendant-Appellee Polly Merriman, Graham County Recorder:**
Jean Anne Roof
GRAHAM COUNTY ATTORNEY'S OFFICE
800 W Main St.
Safford, AZ 85546
928-428-3620
Email: jroof@graham.az.gov

**Defendant-Appellee Sharie Milheiro, Greenlee County Recorder:**
Gary Griffith
GREENLEE COUNTY ATTORNEY'S OFFICE
P.O. Box 1717
Clifton, AZ 85533-1717
928-865-4108
Email: ggriffith@greenlee.az.gov

**Defendant-Appellee Richard Garcia, La Paz County Recorder:**
Jason William Mitchell
Ryan Norton Dooley
LA PAZ COUNTY ATTORNEY'S OFFICE
1320 Kofa Ave.
Parker, AZ 85344
928-669-6118
Email: jmitchell@lapazcountyaz.org

Email: rdooley@lapazcountyaz.org

**Defendant-Appellee Stephen Richer, Maricopa County Recorder:**
Sean Mikel Moore
Anna Griffin Critz
Jack L O'Connor, III
Joseph Eugene LaRue
MARICOPA COUNTY ATTORNEY'S OFFICE
225 W Madison St.
Phoenix, AZ 85003
602-506-8541
Email: moores@mcao.maricopa.gov
Email: critza@mcao.maricopa.gov
Email: oconnorj@mcao.maricopa.gov
Email: laruej@mcao.maricopa.gov

**Defendant-Appellee Kristi Blair, Mohave County Recorder:**
Ryan Henry Esplin
MOHAVE COUNTY ATTORNEY'S OFFICE
P.O. Box 7000
Kingman, AZ 86402-7000
928-753-0770
Email: EspliR@mohave.gov

**Defendant-Appellee Michael Sample, Navajo County Recorder:**
Jason S. Moore
NAVAJO COUNTY ATTORNEY'S OFFICE
P.O. Box 668
Holbrook, AZ 86025
928-524-4307
Email: jason.moore@navajocountyaz.gov

**Defendant-Appellee Gabriella Cazares-Kelly, Pima County Recorder:**

- 13 -

Daniel S. Jurkowitz
PIMA COUNTY ATTORNEY'S OFFICE
32 N Stone Ave., Ste. 2100
Tucson, AZ 85701
520-740-5750
Email: Daniel.Jurkowitz@pcao.pima.gov

**Defendant-Appellee Suzanne Sainz, Santa Cruz County Recorder:**
Christina Estes Werther
Justin S Pierce
PIERCE COLEMAN, PLLC
7730 E. Greenway Road, Ste. 105
Scottsdale, AZ 85260
602-772-5506
Email: christina@piercecoleman.com
Email: justin@piercecoleman.com

**Defendant-Appellee Dana Lewis, Pinal County Recorder:**
Craig Charles Cameron
PINAL COUNTY ATTORNEY'S OFFICE
P.O. Box 887
Florence, AZ 85132
520-866-6466
Fax: 520-866-6521
Email: craig.cameron@pinal.gov

**Defendant-Appellee Michelle Burchill, Yavapai County Recorder:**
Thomas M. Stoxen
YAVAPAI COUNTY ATTORNEY'S OFFICE
255 E Gurley St.
Prescott, AZ 86301
928-554-8725
Email: thomas.stoxen@yavapaiaz.gov

**Defendant-Appellee Richard Colwell, Yuma County Recorder:**
William J Kerekes
Jessica L. Holzer
OFFICE OF THE YUMA COUNTY ATTORNEY
250 W 2nd St., Ste. G
Yuma, AZ 85364
928-817-4300
Email: bill.kerekes@yumacountyaz.gov
Email: jessica.holzer@yumacountyaz.gov

**(2) Facts showing the existence and nature of the emergency.**

This motion concerns the manifest injustice that will result from a continued partial stay of the district court's injunction—a stay that upends election procedures in force since 2018 and creates rampant uncertainty for voters and election officials. On May 8, 2024, the district court entered final judgment permanently enjoining enforcement of new limitations on voter registration in new Arizona laws. Case No. 2:22-cv-00509 (hereinafter D.Ct.), Dkt. 720 (D. Ariz. May 2, 2024). That final judgment enjoined enforcement of, among other provisions, the mandate of the new statutory provision A.R.S. § 16-121.01(C) "to reject any State Form without accompanying Documentary Proof of Citizenship ('DPOC')." D.Ct. Dkt. 720 at 2. This injunction meant that the status quo prior to the enactment of the new Arizona law persisted in the state and that eligible users of the state's State Form did not require DPOC to register to vote in federal elections—as had been the case since

- 15 -

2018. *See id.* (ordering that the law could not be enforced in light of the 2018 consent decree in *LULAC v. Reagan*, Case No. 2:17-cv-04102 (D. Ariz.)).

On July 18, 2024, a motions panel of this Court entered an order partially staying that judgment pending appeal, "with respect to the portion of the injunction barring enforcement of A.R.S. § 16-121.01(C) . . . to the extent that it bars enforcement of A.R.S. § 16-121.01(C)." Doc. 76.1 at 3. The motions panel provided no accompanying reasoning. The panel stated, "This order is subject to reconsideration by the panel assigned to decide the merits of this appeal." *Id.* Absent relief via reconsideration, this order will work a manifest injustice.

A.R.S. §16-121.01(C) has never been implemented before. D.Ct. Dkt. 709 at 42 (district court finding that "[t]he Voting Laws have not yet been enforced"), D.Ct. Dkt. 534 at 32, 34 (granting summary judgment to Plaintiffs in September 2023 as to enforcement of A.R.S. §16-121.01(C)).[1] The partial stay is a significant and abrupt change to voter registration practices in the state of Arizona for the last eight years, close to the 2024 election, and it is already causing confusion and chaos in the electoral process. The Maricopa County Recorder has stated that all county recorders

---

[1] Documents obtained in the district court proceedings indicated that one of the fifteen counties, Cochise County, did reject or hold in suspended status at least some applications using the State Form *and* using the Federal Form that did not provide DPOC and/or Documentary Proof of Residence. *See* D.Ct. Dkt. 673 ¶ 377. However, testimony from the Secretary of State's office and most County Recorders confirmed that the Secretary of State and most County Recorders clearly never enforced any of the provisions at issue in this litigation, and Cochise County has never implemented a system only rejecting State Form applicants lacking DPOC. *See* D.Ct. Dkt. 673 ¶¶ 376-377.

will begin rejecting State Forms that lack DPOC. Ex. 2. However, currently both the State Form and the Secretary of State's website provide information consistent with the *LULAC* consent decree, as does the 2023 Elections Procedures Manual (EPM). Exs. 3, 4, 5. The EPM "is binding on county recorders," D.Ct. Dkt. 709 at 8, and anyone who violates the EPM "is guilty of a Class 2 misdemeanor," A.R.S. §16-452(c). Absent a lifting of the panel's partial stay, election officials who process registrations will be forced to roll the dice as to which law to follow to avoid criminal charges.

More broadly, the partial stay introduces significant confusion and arbitrariness in creating a system of disparate treatment of similarly situated applicants. The partial stay means that Federal Form registrants will be registered for elections without submitting DPOC, but State Form applicants in the same position will be rejected. Further, applicants who submit State Forms without DPOC will not be registered, but applicants who submit State Forms without Documentary Proof of Residence will be registered. These confusing changes, again, come just months before a presidential election and after eight years of the prior, consistent system. Lifting the motions panel's stay is necessary in this critical pre-election period to prevent further voter applicant confusion and irreparable harm, which accrues each day the panel's stay is in force.

**(3) Explanation of timeliness and service on other parties' counsel.**

Plaintiffs' counsel file this emergency motion for reconsideration after acting quickly to coordinate across the many counsel for many Plaintiffs in this matter. Plaintiffs' counsel will email the Court's emergency motions unit promptly upon the filing of this motion, attaching the motion. Defendants' and Intervenors' counsel will be served electronically, immediately, by the CM/ECF system.

**(4) Futility of relief before the district court.**

The motions panel stated that its "order is subject to reconsideration by the panel assigned to decide the merits of this appeal." Dkt. 76.1 at 3. Seeking relief before the district court would contravene the panel's directive that reconsideration is appropriately directed to the merits panel of this appeal and would be contrary to the existing appellate jurisdiction over this case. Plaintiffs accordingly seek relief through this emergency motion for reconsideration.

/s/ *Kathryn Huddleston*
Kathryn Huddleston

Counsel for Plaintiffs-Appellee
Living United for Change in Arizona;
League of United Latin American
Citizens Arizona; Arizona Students'
Association; ADRC Action; Inter
Tribal Council of Arizona, Inc.; San
Carlos Apache Tribe; and Arizona
Coalition for Change

July 26, 2024

Respectfully submitted,

/s/ Brent Ferguson

DANIELLE LANG
JONATHAN DIAZ
BRENT FERGUSON
KATHRYN HUDDLESTON
CAMPAIGN LEGAL CENTER
1101 14th Street N.W.
Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegelcenter.org
khuddleston@campaignlegalcenter.org

RACHEL J. LAMORTE
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
(202) 362-3000
rlamorte@mayerbrown.com

LEE H. RUBIN
MAYER BROWN LLP
Two Palo Alto Square
Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

GARY A. ISAAC
DANIEL T. FENSKE
WILLIAM J. MCELHANEY, III
MAYER BROWN LLP

NIYATI SHAH
TERRY AO MINNIS
ASIAN AMERICANS ADVANCING
   JUSTICE-AAJC
1620 L Street N.W.
Suite 1050
Washington, D.C. 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

SADIK HUSENY
AMIT MAKKER
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600
sadik.huseny@lw.com
amit.makker@lw.com

SPENCER FANE
ANDREW M. FEDERHAR
2415 East Camelback Road
Suite 600 Phoenix, AZ 85016
(602) 333-5430
afederhar@spencerfane.com

*Counsel for Arizona Asian American
Native Hawaiian and Pacific Islander
for Equity Coalition*
MARC E. ELIAS
ELISABETH C. FROST
CHRISTOPHER D. DODGE
DANIELA LORENZO

- 19 -

71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Living United for Change in Arizona; League of United Latin American Citizens Arizona; Arizona Students' Association; ADRC Action; Inter Tribal Council of Arizona, Inc.; San Carlos Apache Tribe; and Arizona Coalition for Change*

QIZHOU GE
ELIAS LAW GROUP LLP
250 Massachusetts Ave N.W.
Suite 400
Washington, D.C. 20001
(202) 968-4513
melias@elias.law
efrost@elias.law
cdodge@elias.law
dlorenzo@elias.law
age@elias.law

ROY HERRERA
DANIEL A. ARELLANO
JILLIAN L. ANDREWS
HERRERA ARELLANO LLP
1001 North Central Avenue
Suite 404
Phoenix, AZ 85004-1935
(602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

*Counsel for Mi Familia Vota and Voto Latino*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, which will notify all registered counsel.

/s/ Kathryn Huddleston
*Kathryn Huddleston*
