**Nos. 24-3188, 24-3559 & 24-4029**

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

MI FAMILIA VOTA, et al.,
*Plaintiffs-Appellees*,

vs.

ADRIAN FONTES, et al.,
*Defendants-Appellees*,

and

REPUBLICAN NATIONAL COMMITTEE, et al.,
*Intervenor-Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the District of Arizona
Hon. Susan R. Bolton
Case No. 2:22-cv-00509-SRB (Consolidated)

_____

## APPELLANTS RNC, WARREN PETERSEN, AND BEN TOMA
## EXCERPTS OF RECORD INDEX VOLUME

_____

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Ave., First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Counsel for Appellants Republican National Committee, Warren Petersen, and Ben Toma*

Tyler R. Green
Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Appellant Republican National Committee*

July 29, 2024

# Table of Contents

**Volume 1 of 7**

Final Judgment of May 2, 2024 (docket no. 720) .............................. ER-0002

Amended Post-Trial Ruling of Feb. 29, 2024 (docket no. 709) ... ER-0007

Ruling on Summary Judgment Motions of Sept. 14, 2023 (docket no. 534) ....................................................................................................... ER-0116

Ruling on Legislative Privilege of Sept. 14, 2023 (docket no. 535) ............................................................................................................... ER-0151

Ruling on Motion to Dismiss of Feb. 16, 2023 (docket no. 304) ER-0160

**Volume 2 of 7**

Explanation of 2023 Election Procedures Manual of Jan. 2, 2024 (docket no. 698) ..................................................................................... ER-0196

2023 Election Procedures Manual (through Chapter 14) of Jan. 1, 2024 (docket no. 699) ............................................................................ ER-0198

**Volume 3 of 7**

2023 Election Procedures Manual (Chapter 15 to end) of Jan. 1, 2024 (docket no. 699) ............................................................................ ER-0479

Closing Arguments (transcript pp. 39-47, 176-81, 188-91) of Dec. 19, 2023 ................................................................................................. ER-0584

Plaintiffs' Response to Defendants' Request for Judicial Notice of Dec. 14, 2023 (Docket no. 683) .............................................................. ER-0604

Defendants' Request for Judicial Notice of December 12, 2024 (Docket no. 677) ...................................................................................... ER-0612

Joint Pre-Trial Order of Oct. 31, 2023 (docket no. 609) .............. ER-0617

Supplement to Joint Pre-Trial Order of Oct. 31, 2023 (docket no. 610) ..................................................................................................................ER-0668

Plaintiffs' Proposed Stipulations of Oct. 16, 2023 (docket no. 571-1) ..................................................................................................................ER-0682

Trial Testimony of Janine Petty on Nov. 6, 2023 (transcript pp. 29-32, 38-42, 52-54, 56-60, 67-71, 88-90, 96-103, 119-23, 131-38, 159-61, 169-72)......................................................................................................................ER-0698

Trial Testimony of Mary Colleen Connor on Nov. 7, 2023 (transcript pp 315-18, 387-92).......................................................................................ER-0754

## Volume 4 of 7

Trial Testimony of Eitan Hersh on Nov. 8, 2023 (transcript pp. 651-54, 657-60, 676-78, 683-85, 697-706, 708-11, 718-24) ..........................ER-0766

Trial Testimony of Yolanda Morales on Nov. 8, 2023 (transcript pp. 626-31)......................................................................................................ER-0802

Trial Testimony of Michael McDonald on Nov. 13, 2023 (transcript pp. 1098-102)...................................................................................................ER-0809

Trial Testimony of Hillary Hiser on Nov. 16, 2023 (transcript pp. 1996-2005, 2043-46, 2063-65)......................................................................ER-0815

Trial Testimony of Sara Johnston on Nov. 16, 2023 (transcript pp. 2082-86)..............................................................................................................ER-0835

Trial Testimony of Jesse Richman on Nov. 16, 2023 (transcript pp. 1908-16, 1932-35, 1940-43)..............................................................ER-0841

Trial Testimony of Bill Knuth on Nov. 17, 2023 (transcript pp. 2139-42) ..................................................................................................................ER-0859

Trial Exhibit 006 (2019 Election Procedures Manual, through Chapter 7) ..................................................................................................................ER-0864

**Volume 5 of 7**

Trial Exhibit 006 (2019 Election Procedures Manual, Chapter 8 to Appendix p.10) ...................................................................................ER-1006

**Volume 6 of 7**

Trial Exhibit 006 (2019 Election Procedures Manual, Appendix p.104 to end) ..............................................................................................ER-1257

Trial Exhibit 027 (Arizona Voter Registration Form) ...................ER-1410

Trial Exhibit 028 (Federal Voter Registration Form) ....................ER-1414

Trial Exhibit 061 (Arizona Senate Judiciary Committee Hearing of Mar. 10, 2022) ............................................................................................ER-1442

Trial Exhibit 085 (Maricopa County DPOC Request Form Letter) .................................................................................................ER-1492

Trial Exhibit 268 (SAVE Inquiries Log) ..........................................ER-1494

Trial Exhibit 275 (SAVE Guidance).................................................ER-1495

Trial Exhibit 404 (Arizona Secretary of State Voter Registration Presentation)..................................................................................................ER-1499

**Volume 7 of 7**

Trial Exhibit 595 (Hersh Demonstrative)........................................ER-1545

Trial Exhibit 767 (Service Arizona Online Voter Registration Form) .................................................................................................ER-1559

Trial Exhibit 773 (Maricopa County Voter Registration Information Request Form Letter)...........................................................................ER-1594

Trial Exhibit 935 (Matching Criteria for AVID System)...............ER-1596

Trial Exhibit 972 (Hersh Cross-Examination Demonstrative) ....ER-1598

Trial Exhibit 24 (*LULAC* Consent Decree) ...................................ER-1599

State's Notice of Appeal of June 3, 2024 (docket no. 739) ...........ER-1615

Intervenors' Notice of Appeal of May 8, 2024 (docket no. 723) .ER-1617

Docket Sheet ................................................................................ER-1621