No. 24-3188

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

MI FAMILIA VOTA, *et al.*,

*Plaintiffs-Appellees*,

vs.

ADRIAN FONTES, *et al.,*

*Defendants-Appellees*,

and

WARREN PETERSEN, *et al.*,

*Intervenor-Defendants-Appellants.*

On Appeal from the United States District Court for the District of Arizona
Case No. 2:22-cv-00509-SRB (Consolidated)
Honorable Susan R. Bolton

_____

**APPELLEE ADRIAN FONTES' JOINDER IN STATE OF ARIZONA AND ARIZONA ATTORNEY GENERAL'S POSITION ON EMERGENCY MOTION FOR RECONSIDERATION**

_____

Craig A. Morgan (AZ Bar No. 023373)
Shayna Stuart (AZ Bar No. 034819)
Jake Tyler Rapp (AZ Bar No. 036208)
**SHERMAN & HOWARD L.L.C.**
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
*Attorneys for Appellee Adrian Fontes, in his official capacity as Arizona Secretary of State*

59050447.1

Adrian Fontes, Arizona's Secretary of State and Chief Election Officer joins the *State of Arizona and Arizona Attorney General's Position on Emergency Motion for Reconsideration* to the extent that the merits panel may wish to declare: "During the pendency of this appeal, if a person in Arizona applies to register to vote and fails to include proof of U.S. citizenship but is otherwise eligible, and the election official can see that the person has provided proof of citizenship to MVD, that person should be fully registered regardless of which registration form was used." Dkt. 99.1 at 2–3.

RESPECTFULLY SUBMITTED: July 29, 2024.

**SHERMAN & HOWARD L.L.C.**

By */s/ Craig A. Morgan*
Craig A. Morgan
Shayna Stuart
Jake Tyler Rapp
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016
*Attorneys for Appellee Adrian Fontes, in his official capacity as Arizona Secretary of State*

1

59050447.1

## CERTIFICATE OF COMPLIANCE

This Joinder complies with the type-volume limitation under FRAP 27(d)(2)(A) because it contains 98 words, excluding the parts of the Joinder exempted by the rule. This Joinder complies with the typeface and type style requirements of FRAP 27(d)(1)(E) and 32(a)(5), (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.

RESPECTFULLY SUBMITTED: July 29, 2024.

**SHERMAN & HOWARD L.L.C.**

By /s/ *Craig A. Morgan*
Craig A. Morgan
Shayna Stuart
Jake Tyler Rapp
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016
*Attorneys for Appellee Adrian Fontes, in his official capacity as Arizona Secretary of State*

59050447.1

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing Joinder with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit and served on the following counsel of record by using the appellate CM/ECF system.

                                                          */s/ Ella Meshke*
                                                          Ella Meshke, Practice Assistant

59050447.1