## In the United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| MI FAMILIA VOTA, *et al.*,<br>　　*Plaintiffs-Appellees,*<br><br>v.<br><br>ADRIAN FONTES, *et al.*,<br>　　*Defendants-Appellees,*<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*<br>*Intervenor-Defendants-Appellants.* | Nos. 24-3188, 24-3559 & 24-4029 |

## Arizona Free Enterprise Club's Motion for Leave to Participate as *Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Arizona Free Enterprise Club ("AZFEC") hereby moves for leave to participate as *amicus curiae* in the above-captioned matter. The proposed amicus brief is filed contemporaneously with this Motion.

AZFEC was the primary organization supporting adoption of the statutes at issue in this appeal. It is therefore both interested in the outcome of this case and brings a unique perspective regarding the motives behind the statutes' adoption: improving election integrity and

restoring voter confidence. In connection with its efforts to pass legislation, AZFEC carefully studied the constitutional division of authority over elections and the Supreme Court's construction of the National Voter Registration Act ("NVRA") in *Arizona v. Inter Tribal Council of Arizona*, 570 U.S. 1 (2013). This Court will likely benefit from its analysis of the law and familiarity with the legislative history.

AZFEC has conferred with counsel for all parties to this appeal. None opposes AZFEC filing the amicus brief, but some, including the Democratic National Committee and Arizona Democratic Party have not given affirmative consent, as Rule 29 requires to obviate the need for a motion requesting leave to file.

Respectfully submitted

August 5, 2024         */s/ Dominic E. Draye*
                       Dominic E. Draye
                       Greenberg Traurig, LLP
                       2375 E. Camelback Road
                       Phoenix, AZ 85012
                       (602) 445-8425
                       drayed@gtlaw.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of Federal Rules of Appellate Procedure, I hereby certify that on August 5, 2024, I caused to be electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Dominic E. Draye*
Dominic E. Draye