**FILED**

UNITED STATES COURT OF APPEALS

AUG 8 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MI FAMILIA VOTA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al., <br><br> Defendants - Appellees, <br><br> WARREN PETERSEN, President of the Arizona Senate; et al., <br><br> Intervenor-Defendants - Appellants, <br><br> -------------------------------------- <br><br> ARIZONA REPUBLICAN PARTY, <br><br> Intervenor - Pending. | No. 24-3188 <br><br> D.C. No. 2:22-cv-00509-SRB <br> District of Arizona, Phoenix <br><br> ORDER |
| MI FAMILIA VOTA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA, <br><br> Defendants - Appellants, | No. 24-3559 <br> D.C. No. 2:22-cv-00509-SRB <br> District of Arizona, Phoenix |

----------------------------------------

ARIZONA REPUBLICAN PARTY,

       Intervenor - Pending,

----------------------------------------

IMMIGRATION REFORM LAW INSTITUTE and ARIZONA FREE ENTERPRISE CLUB,

       Amici Curiae - Pending.

PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,

       Plaintiffs - Appellants,

and

MI FAMILIA VOTA; et al.,

       Plaintiffs,

  v.

ADRIAN FONTES; et al.,

       Defendants,

and

KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,

       Defendants - Appellees,

No. 24-4029
D.C. No.
2:22-cv-00509-SRB
District of Arizona,
Phoenix

WARREN PETERSEN; et al.,

    Intervenor-Defendants - Appellees,

------------------------------------

ARIZONA REPUBLICAN PARTY,

    Intervenor - Pending.

Before: WARDLAW, GOULD, and BUMATAY, Circuit Judges.

The Republican Party of Arizona's motion to intervene (Dkt. No. 63) is denied. The Republican Party of Arizona's alternate request that its brief filed at Dkt. No. 107 be treated as an amicus curiae brief is granted. The clerk shall file the brief submitted at Dkt. No. 107 as an amicus curiae brief.