| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 8 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MI FAMILIA VOTA; et al.,

       Plaintiffs - Appellees,

 v.

ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,

       Defendants - Appellees,

WARREN PETERSEN, President of the Arizona Senate; et al.,

       Intervenor-Defendants - Appellants.

Nos. 24-3188, 24-3559, 24-4029

D.C. No. 2:22-cv-00509-SRB
District of Arizona, Phoenix

ORDER

    The amicus brief submitted by Arizona Republican Party is filed.

    Within 7 days of this order, amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

    The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>                                        CLERK OF COURT