UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MI FAMILIA VOTA; et al., <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br>ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al., <br><br>      Defendants - Appellees, <br><br>WARREN PETERSEN, President of the Arizona Senate; et al., <br><br>      Intervenor-Defendants - Appellants. | No. 24-3188 <br><br> D.C. No. 2:22-cv-00509-SRB <br><br> District of Arizona, Phoenix <br><br> ORDER |
| MI FAMILIA VOTA; et al., <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br>KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA, <br><br>      Defendants – Appellants. | No. 24-3559 <br><br> D.C. No. 2:22-cv-00509-SRB <br><br> District of Arizona, Phoenix |
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, <br><br>      Plaintiffs - Appellants, | No. 24-4029 <br><br> D.C. No. 2:22-cv-00509-SRB |

|  |  |
|---|---|
| and<br><br>MI FAMILIA VOTA; et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>ADRIAN FONTES; et al.,<br><br>       Defendants,<br><br>and<br><br>KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,<br><br>       Defendants - Appellees,<br><br>WARREN PETERSEN; et al.,<br><br>       Intervenor-Defendants – Appellees. | District of Arizona, Phoenix |

The second brief on cross-appeal submitted by Appellees Mi Familia Vota and Voto Latino is filed.

Within 7 days of this order, Appellees must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellees are filed. Within 7 days of

this order, Appellees is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT