Nos. 24-3188, 24-3559 & 24-4029

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**MI FAMILIA VOTA**, *et al.*,
*Plaintiffs–Appellees,*

v.

**ADRIAN FONTES**, *et al.*,
*Defendants-Appellees,*

and

**WARREN PETERSEN,** *et al.*,
*Intervenor-Defendants-Appellants*

On Appeal from the United States District Court
For the District of Arizona
Hon. Susan R. Bolton
Case No. 2:22-cv-00509 (Consolidated)

## CROSS-APPELLANTS-APPELLEES PROMISE ARIZONA AND SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT'S UNOPPOSED MOTION FOR ADDITIONAL ORAL ARGUMENT TIME

Ernest I. Herrera
Denise Hulett
Erika Cervantes
Mexican American Legal
Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
(213) 629-2512

Daniel R. Ortega Jr.
Ortega Law Firm
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
(602) 386-4455
(602) 386-4455

*Counsel for Cross-Appellants Promise Arizona and Southwest Voter Registration Education Project*

Cross-Appellants-Appellees Promise Arizona and Southwest Voter Registration Education Project ("Cross-Appellants") file this unopposed motion for additional oral argument time. Cross-Appellants respectfully request that this Court grant each side an additional five (5) minutes for oral argument on September 10, 2024.

Cross-Appellants Promise Arizona and Southwest Voter Registration Education Project filed this cross-appeal, which was consolidated with appeal nos. 24-3188, 24-3559, on June 28, 2024. Cross-Appellants are aligned with Appellees, as they were Plaintiffs in the consolidated case below, *Mi Familia Vota, et al. v. Fontes, et al.*, No. 2:22-cv-00509 (D. Ariz.), which deals with challenges to two laws enacted by the State of Arizona—House Bill 2492 and House Bill 2243 ("the Voting Laws," collectively). However, Cross-Appellants Promise Arizona and Southwest Voter Registration Education Project, as indicated in their principal brief (second brief on cross-appeal), raise an issue unique to Appellees—that the district court erroneously declined to find that Arizona enacted House Bill 2243 with discriminatory intent. *See* ECF no. 150.1. On July 18, 2024, the Court entered Notice of Oral Argument, setting oral argument of this consolidated appeal for September 10, 2024, at 1:00 p.m., in San Francisco, California. ECF No. 77. This consolidated appeal is listed last on the calendar among the cases set for 1:00 p.m., and each side has been granted twenty (20) minutes for oral argument. As Cross-

1

Appellants will indicate in their Acknowledgment of Hearing Notice later today, they plan to take 5 minutes of oral argument time.

Under this Court's Rules, "[n]o change of the day or place assigned for hearing will be made except by order of the Court for good cause." Ninth Cir. R. 34-2.

Cross-Appellants request additional time because they intend to argue an issue unique among Appellees regarding one of the two Voting Laws—that of discriminatory intent to enact House Bill 2243. No other Appellee filed an appeal taking this position regarding the district court's findings on discriminatory intent. In addition, Appellees, including the United States, already have to budget their 20 minutes of argument time to handle a multitude of statutory and constitutional issues regarding both Voting Laws that Appellants raise in their briefs. *See* Appellees' Answering Briefs (ECF Nos. 139.1, 142.1, 146.1, 148.1). There is therefore good cause to allow Appellees more time to address these issues regarding both of the Voting Laws at issue.

The grant of additional oral argument time will also allow this Court more time to consider the different issues before it in this consolidated appeal.

The addition of oral argument time would not prejudice Appellants because Cross-Appellants request five additional minutes for Appellants as well. Furthermore, Appellants have stated that they do not oppose Cross-Appellants'

motion.

Cross-Appellants respectfully request that this Court grant five (5) additional minutes per side for oral argument on September 10, 2024.

Dated: August 13, 2024            Respectfully submitted,

Ernest I. Herrera
Denise Hulett
Erika Cervantes
Mexican American Legal
Defense And Educational Fund

By: /s/ Ernest I. Herrera
Ernest I. Herrera

3