# Nos. 24-3188, 24-3559 & 24-4029

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**MI FAMILIA VOTA**, *et al.*,
    *Plaintiffs–Appellees,*

v.

**ADRIAN FONTES**, *et al.*,
    *Defendants-Appellees,*

and

**WARREN PETERSEN,** *et al.*,
    *Intervenor-Defendants-Appellants*

On Appeal from the United States District Court
For the District of Arizona
Hon. Susan R. Bolton
Case No. 2:22-cv-00509 (Consolidated)

## NON-UNITED STATES PLAINTIFFS' JOINT NOTICE REGARDING DIVISION OF ORAL ARGUMENT TIME

Ernest I. Herrera
Denise Hulett
Erika Cervantes
Mexican American Legal
Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
(213) 629-2512

Daniel R. Ortega Jr.
Ortega Law Firm
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
(602) 386-4455
(602) 386-4455

*Counsel for Cross-Appellants-Appellees Promise Arizona and Southwest Voter Registration Education Project*

Appellees other than the United States ("Non-U.S. Plaintiffs") file this joint notice regarding their division of oral argument time. Non-U.S. Plaintiffs respectfully seek to inform the Court that, depending on its resolution of Cross-Appellants-Appellees Promise Arizona and Southwest Voter Registration Education Project's Motion for Additional Oral Argument Time (ECF No. 156.1), their division of oral argument time may vary from what Non-U.S. Plaintiffs' and Cross-Appellants' advocates stated in their Acknowledgement of Hearing Notice forms.

If the Court denies Cross-Appellants' motion, Non-U.S. Plaintiffs' advocate and Cross-Appellants' advocate will divide time as set forth below:

- United States (Appellee), Jonathan Backer: 7 minutes
- Non-United States Plaintiffs (Appellees), Danielle Lang: 11 minutes
- Cross-Appellants-Appellees, Ernest I. Herrera: 2 minutes

Non-U.S. Plaintiffs, including Cross-Appellants, will file revised acknowledgments of hearing notice if the Court orders them to do so.

Dated: August 13, 2024

Respectfully submitted,

Ernest I. Herrera
Denise Hulett
Erika Cervantes
Mexican American Legal
Defense And Educational Fund

By: /s/ *Ernest I. Herrera*
Ernest I. Herrera

1

*/s/ Danielle Lang*
**CAMPAIGN LEGAL CENTER**
Danielle Lang
Jonathan Diaz
Brent Ferguson
Kathryn Huddleston
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegelcenter.org
khuddleston@campaignlegalcenter.org

**MAYER BROWN LLP**
Lee H. Rubin (CA# 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Gary A. Isaac* (IL# 6192407)
Daniel T. Fenske* (IL# 6296360)
Anastasiya K. Lobacheva (IL# 6336273)
William J. McElhaney, III* (IL #6336357)
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com
alobacheva@mayerbrown.com
wmcelhaney@mayerbrown.com

Rachel J. Lamorte (NY# 5380019)
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler
John Bonifaz
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

*Counsel for Plaintiffs Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

| | |
|---|---|
| | /s/ Daniel S. Volchok |
| BRUCE SAMUELS | SETH P. WAXMAN |
| JENNIFER LEE-COTA | CHRISTOPHER E. BABBITT |
| PAPETTI SAMUELS WEISS McKIRGAN LLP | DANIEL S. VOLCHOK |
| | JOSEPH M. MEYER |
| 16430 North Scottsdale Road | BRITANY RILEY-SWANBECK |
| Suite 290 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Scottsdale, Arizona 85254 | 2100 Pennsylvania Avenue N.W. |
| (480) 800-3530 | Washington, D.C. 20037 |
| bsamuels@pswmlaw.com | (202) 663-6000 |
| | daniel.volchok@wilmerhale.com |

*Counsel for the Democratic National Committee and the Arizona Democratic Party*

 /s/ Niyati Shah
NIYATI SHAH                         SADIK HUSENY
TERRY AO MINNIS                     AMIT MAKKER
ASIAN AMERICANS ADVANCING           LATHAM & WATKINS LLP
   JUSTICE-AAJC                     505 Montgomery Street
1620 L Street N.W.                  Suite 2000
Suite 1050                          San Francisco, CA 94111-6538

3

Washington, D.C. 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

(415) 391-0600
sadik.huseny@lw.com
amit.makker@lw.com

*Counsel for Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

CHRISTOPHER D. DODGE
Elias Law Group LLP

 /s/ *Christopher D. Dodge*
ELISABETH C. FROST
CHRISTOPHER D. DODGE
QIZHOU GE
Elias Law Group LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
(202) 968-4490

ROY HERRERA
DANIEL A. ARELLANO
JILLIAN L. ANDREWS
Herrera Arellano LLP
1001 N. Central Ave, Ste. 404
Phoenix, Arizona 85004
roy@ha-firm.com
(602) 567-4820

*Counsel for the Mi Familia Vota Plaintiffs-Appellees*

*/s/* Michelle Kanter Cohen
**FAIR ELECTIONS CENTER**
Jon Sherman
Michelle Kanter Cohen
Beauregard Patterson

**ARNOLD & PORTER KAYE SCHOLER, LLP**
John A. Freedman
Jeremy Karpatkin

1825 K St. NW, Ste. 450  
Washington, D.C. 20006  
Telephone: (202) 331-0114 601  
jsherman@fairelectionscenter.org  
mkantercohen@fairelectionscenter.org  
bpatterson@fairelectionscenter.org  

Erica McCabe  
Leah Motzkin  
Massachusetts Ave., N.W.  
Washington, D.C. 20001  
Telephone: (202) 942-5000  
John.Freedman@arnoldporter.com  
Jeremy.Karpatkin@amoldporter.com  
Erica.McCabe@amoldporter.com  
Leah.Motzkin@amoldporter.com  

*Attorneys for Poder Latinx, Chicanos Por La Cause, and Chicanos Por La Cause Action Fund*