No. 24-3188, 24-3559 & 24-4029

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

———————————

MI FAMILIA VOTA, et al.,
    *Plaintiffs-Appellees*,

v.

ADRIAN FONTES, et al.,
    *Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, et al.,
    *Intervenor-Defendants-
    Appellants/Cross-Appellees*

———————————

**On Appeal from the United States District Court
for the District of Arizona**
No. 2:22-cv-00509-SRB (consolidated)
Hon. Susan R. Bolton

———————————

**PROFESSOR JUSTIN LEVITT'S MOTION FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF**

———————————

       Justin Levitt
       LMU LOYOLA LAW SCHOOL[*]
       919 Albany St.
       Los Angeles, CA 90015
       (213) 736-7417
       justin.levitt@lls.edu

       [*] Institutional affiliation for
       purpose of identification only

       *Counsel and Amicus Curiae*

### I. INTRODUCTION

Pursuant to Fed. R. App. P. 29(a)(3), Professor Justin Levitt respectfully seeks this Court's leave to file an *amicus curiae* brief. In accordance with Ninth Cir. R. 29-3, the undersigned movant endeavored to obtain consent from all parties to the filing of the proposed brief. While most provided consent, some parties "took no position" on the matter, and a few remaining nominal parties did not respond, thus requiring this motion for leave. The proposed *amicus* brief accompanies this motion, as required by Fed. R. App. P. 29(a)(3).

### II. INTEREST IN FILING THE PROPOSED BRIEF

Movant Professor Justin Levitt is a professor of constitutional law, legislation and regulation, and the law of democracy at LMU Loyola Law School, Los Angeles, and a nationally recognized expert on election law. He has filed *amicus* briefs on matters relating to election law in the past, as counsel and as *amicus*, in various state and federal courts including the U.S. Court of Appeals for the Ninth Circuit. Professor Levitt seeks to offer an *amicus* brief in this matter to assist the Court in evaluating the plaintiffs' claims and district court's decision with respect to the Materiality Provision of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B) (hereinafter "Materiality Provision").

In 2012, long before the events underlying the instant litigation, Professor Levitt explored the concept of materiality in the electoral context in academic

research, in what the Fifth Circuit recognized as "one of the few scholarly articles on the Materiality Provision." *Vote.org v. Callanen*, 89 F.4th 459, 486 (5th Cir. 2023). And for several years, long before the events underlying the instant litigation, Professor Levitt served in the Civil Rights Division of the U.S. Department of Justice, supporting and supervising the enforcement of federal statutes including the Materiality Provision. Professor Levitt hopes that this experience and the analysis provided in the proposed brief may be useful in the Court's resolution of this appeal.

### III. THE PROPOSED AMICUS BRIEF WOULD ASSIST THE COURT IN RESOLVING CLAIMS UNDER THE MATERIALITY PROVISION

The proposed *amicus* brief provides additional context for the district court's analysis and findings regarding the Materiality Provision. The proposed brief highlights the meaning and application of "materiality" in the Materiality Provision by explaining the meaning and application of the term in a range of other legal contexts, as explored in Professor Levitt's academic research. The proposed brief also examines the remainder of the Materiality Provision, discussing not only the appropriate threshold for "materiality" but also *what* the Materiality Provision requires to be material and the particular decision the Materiality Provision requires materiality *to*. The proposed brief highlights when the parties' proposed conclusions reflect the statutory interpretation most consistent with plain text,

legislative history, and precedent, and when they do not. Finally, the proposed brief reviews the application of the Materiality Provision to the underlying facts in this matter, suggesting that the district court was correct to find that, in light of the other information available, errors or omissions in the citizenship checkbox or place-of-birth information on Arizona voter registration forms will be immaterial in the litigated context, and that federal law therefore protects voters from disenfranchisement on the basis of such errors or omissions.

### IV. CONCLUSION

For the foregoing reasons, the undersigned movant respectfully requests this Court's leave to file the attached *amicus* brief.

DATED: August 19, 2024

Respectfully submitted,

/s/ Justin Levitt

Justin Levitt
LMU LOYOLA LAW SCHOOL[*]
919 Albany St.
Los Angeles, CA 90015
(213) 736-7417
justin.levitt@lls.edu

[*] Institutional affiliation for purpose of identification only

Counsel and *Amicus Curiae*

3

## CERTIFICATE OF COMPLIANCE

The accompanying motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and Ninth Circuit R. 27-1(1)(d), because the motion contains 552 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2), Fed. R. App. P. 27(a)(2)(B), and Fed. R. App. P. 32(f).

The accompanying motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. (32)(a)(6), because the motion has been prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

DATED: August 19, 2024     By: */s/ Justin Levitt*

Justin Levitt
LMU LOYOLA LAW SCHOOL[*]
919 Albany St.
Los Angeles, CA 90015
(213) 736-7417
justin.levitt@lls.edu

[*] Institutional affiliation for purpose of identification only

Counsel and *Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing motion, together with an accompanying proposed brief *Amicus Curiae* as an exhibit, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Court's ACMS system, thereby serving all counsel of record.

DATED: August 19, 2024     By:    */s/ Justin Levitt*

                                                   Justin Levitt
                                                 LMU LOYOLA LAW SCHOOL[*]
                                                 919 Albany St.
                                                 Los Angeles, CA 90015
                                                 (213) 736-7417
                                                 justin.levitt@lls.edu

                                                 [*] Institutional affiliation for purpose of identification only

                                                 Counsel and *Amicus Curiae*

No. 24-3188, 24-3559 & 24-4029

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————

MI FAMILIA VOTA, et al.,
   *Plaintiffs-Appellees*,

v.

ADRIAN FONTES, et al.,
   *Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, et al.,
   *Intervenor-Defendants-Appellants/Cross-Appellees*

———————

**On Appeal from the United States District Court
for the District of Arizona**
No. 2:22-cv-00509-SRB (consolidated)
Hon. Susan R. Bolton

———————

**BRIEF *AMICUS CURIAE* OF PROFESSOR JUSTIN LEVITT
IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

———————

      Justin Levitt
      LMU Loyola Law School[*]
      919 Albany St.
      Los Angeles, CA 90015
      (213) 736-7417
      justin.levitt@lls.edu

      [*] Institutional affiliation for
      purpose of identification only

      *Counsel and Amicus Curiae*