(ORDER LIST: 603 U.S.)

THURSDAY, AUGUST 22, 2024

ORDER IN PENDING CASE

24A164    REPUBLICAN NAT. COMM., ET AL. V. MI FAMILIA VOTA, ET AL.

The application for stay presented to Justice Kagan and by her referred to the Court is granted in part and denied in part. The district court's May 2, 2024 judgment is stayed only to the extent it enjoins enforcement of Ariz. Rev. Stat. Ann. § 16-121.01(C) (2023) pending disposition of the appeals in the United States Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari, if any such writ is timely sought. Should certiorari be denied, this stay shall terminate automatically. In the event certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court. The application is denied as to Ariz. Rev. Stat. Ann. §§ 16-121.01(E) and 16-127(A).

Justice Thomas, Justice Alito, and Justice Gorsuch would grant the application in full.

Justice Sotomayor, Justice Kagan, Justice Barrett, and Justice Jackson would deny the application in full.