**Case No. 24-3188 (consolidated with 24-3559 and 24-4029)**

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

MI FAMILIA VOTA; et al.,

*Plaintiffs-Appellees,*

*v.*

ADRIAN FONTES, Arizona Secretary of State; et al.,

*Defendants-Appellees,*

WARREN PETERSEN, Arizona Senate President; et al.,

*Intervenor-Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Arizona

No. 2:22-cv-00509-SRB (and consolidated cases)

---

## DEFENSE-SIDE PARTIES' JOINT NOTICE REGARDING
## DIVISION OF ORAL ARGUMENT TIME

---

Joshua D. Bendor (AZ Bar No. 031908)
Joshua.Bendor@azag.gov
Hayleigh S. Crawford (AZ Bar No. 032326)
Hayleigh.Crawford@azag.gov
Joshua M. Whitaker (AZ Bar No. 032724)
Joshua.Whitaker@azag.gov
Kathryn E. Boughton (AZ Bar No. 036105)
Kathryn.Boughton@azag.gov
ACL@azag.gov

OFFICE OF THE ARIZONA
ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333

*Counsel for State of Arizona and*
*Arizona Attorney General*
*Kristin K. Mayes*

The Court has expanded oral argument time to 25 minutes per side. Dkt. 188. Defense-side parties plan to split time as follows:

1) **19 minutes** for Intervenor-Defendants-Appellants (Arizona Senate President Warren Petersen, Arizona House Speaker Ben Toma, and Republican National Committee), represented by Kory Langhofer.

2) **6 minutes** for Defendants-Appellants (State of Arizona and Arizona Attorney General Kris Mayes), represented by Josh Whitaker.

Respectfully submitted this 29th day of August, 2024.

KRISTIN K. MAYES
  ARIZONA ATTORNEY GENERAL

By */s/ Joshua M. Whitaker*

Joshua D. Bendor (AZ Bar No. 031908)
Hayleigh S. Crawford (AZ Bar No. 032326)
Joshua M. Whitaker (AZ Bar No. 032724)
Kathryn E. Boughton (AZ Bar No. 036105)
OFFICE OF THE ARIZONA
    ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
ACL@azag.gov

1

*Counsel for State of Arizona and*
*Arizona Attorney General Kristin K. Mayes*


/s/ *Kory Langhofer*
Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Ave., First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Counsel for Appellants Republican National*
*Committee, Warren Petersen, and Ben Toma*

2

## CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains <u>63</u> words according to the word-processing system used to prepare the brief.

2.  This motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1)(e) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen-point Book Antiqua type style.

Dated this 29th day of August, 2024.

By <u>*/s/ Joshua M. Whitaker*</u>

## CERTIFICATE OF SERVICE

I certify that I presented the above and foregoing for filing and uploading to the ACMS system which will send electronic notification of such filing to all counsel of record.

Dated this 29th day of August, 2024.

*/s/ Joshua M. Whitaker*