# any

ADJECTIVE, PRONOUN, NOUN, & ADVERB

## Etymology

> ### Summary
>
> A word inherited from Germanic.

Cognate with **Old Frisian** *ēnich, ienich, ēng,* **Old Dutch** *einig* (**Middle Dutch** *ēnich, ennich,* **Dutch** *enig*), **Old Saxon** *ēnig* (**Middle Low German** *einich, ēnich*), **Old High German** *einag, einīg* (**Middle High German** *einic,* **German** *einig,* now usually in plural, *einige* 'some'), all used as determiners in sense 'any' (also **Old Icelandic** *einigr* anyone, none); apparently originally a specific use (in **West Germanic**) of the adjective reflected by **Old English** *æñig, ānig* (more usually weak *ānga*) sole, unique, solitary, **Old Frisian** *ēnich* sole, unique, **Old Dutch** *einig* sole, unique (**Middle Dutch** *ēnich* sole, unique, solitary, **Dutch** *enig*), **Old Saxon** *ēnag* sole (**Middle Low German** *einich, ēnich* sole, solitary, in agreement), **Middle High German** *einic, einec* sole, unique, solitary (**German** *einig* united, in agreement), **Old Icelandic** *einga-* (in compounds) sole, single, **Old Swedish** *enigh, enge* sole, **Old Danish** *enigh, enge* sole, **Gothic** *ainaha* sole **<** the **Germanic** base of **one** *adj.* + the **Germanic** base of **-y** *suffix*[1].

With the **Germanic** adjective compare similarly-formed **post-classical Latin** *ūnicus* sole, unique (see **unique** *adj.*), **Old Church Slavonic** *inokŭ* (noun) solitary one, and perhaps **Early Irish** *oenach* (noun) reunion, gathering.

## Notes

### Form history

In **Old English** the usual form *æñig* (see α forms) shows i-mutation of the stem vowel; the rare unmutated form *ānig* results either from variation in the vowel of the **Germanic** suffix (see discussion at **-y** *suffix*[1]) or from the analogical influence of *ān* **one** *adj.* The form *ēnig* shows a (typically Kentish) raising of the initial vowel.

The later α forms chiefly show reflexes of **Old English** *æñig.* Shortening of the initial vowel at different stages of development is reflected in the divergence in modern standard **English** between the spelling *any* and the pronunciation /ˈɛni/ . Forms with **Middle English** short *ă* (giving rise to the modern spelling *any*) reflect early shortening (in late **Old English**) of *ǣ* to *æ*,

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

whereas forms with **Middle English** short *ĕ* (giving rise to the modern pronunciation /ˈɛni/ )
reflect later shortening of long open *ē*; both shortened forms could sometimes be subject to
later lengthening (see E. J. Dobson *Eng. Pronunc. 1500–1700* (ed. 2, 1968) vol. II. §70). In **Middle
English** forms in *e* are predominantly southern and south midland, while forms in *a* are
widespread.

The **Middle English** β forms (chiefly west midland and south-western) probably show reduction
of **Old English** *ǣñig* in unstressed position (perhaps originally inferred from a shortening of the
accusative singular masculine *ǣine*; compare late **Old English** *ǣigne*). In some cases they can be
difficult to distinguish from **aye** *adv.*[1]

The γ forms (chiefly east midland and northern, although very widespread in later **Middle
English**) probably show diverse origins: continuation of **Old English** *ānig*, as well as continuing
influence from **one** *adj.* (compare δ forms at **one** *adj., n., & pron.*), and rounding of short *ā* before
*n* (aided, especially in northern **Middle English** and Older **Scots**, by association with similarly
developed forms of **many** *adj.*; compare forms at that entry).

Occasional **Old English** and **Middle English** forms in *-ing* apparently show assimilation of the
ending to **-ing** *suffix*[3]; perhaps compare **Old High German** *einig* (any, (as pronoun) anyone.

### History of usage

Use as an indefinite adjective in non-affirmative contexts is well-established already in **Old
English**. Use in affirmative and emphatic contexts is also found (see sense A.1c), but the word is
less freely used in such contexts than in modern **English**, where it can occasionally be near-
synonymous with **every** *adj.*

### Use of stressed and unstressed forms in modern English

In use with singular count noun only in stressed form. In use with plural or mass noun in either
stressed or (typically) unstressed form.


## Meaning & use

### ADJECTIVE

(*determiner*).

**1.a.**  In interrogative, hypothetical, and conditional contexts: (with singular count     **Old English–**
noun) used to refer to an unspecified member of a particular class; (with
plural or mass noun) used to refer to an unspecified number or quantity of a thing or

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

things, no matter how much or how many; some.

**OE**   Ða cwædon his leorningcnihtas him betwynan hwæðer ænig man [Latin *aliquis*] him mete brohte.
*West Saxon Gospels: John* (Corpus Christi Cambridge MS.) iv. 33

**OE**   Gif hit ænig preost elles gedo, þolige his wurðscipes & geferena freondscipes.
*Laws: Norðhymbra Preosta Lagu* (Corpus Christi Cambridge MS.) ii. §1. 380

**a1250**   Hwi luuie ich ei þing bute þe one?
*Ureisun ure Louerde* (Nero MS.) in R. Morris, *Old English Homilies* (1868) 1st Series 201 (Middle English Dictionary)

**c1275
(?a1200)**   Ȝef æi mon him liðere dude.
Laȝamon, *Brut* (Caligula MS.) (1963) l. 2131

**1340**   Huanne þe man heþ uelaȝrede myd enye wyfmane.
*Ayenbite* (1866) 49

**?a1425
(c1400)**   Ȝif ony man do þere jnne ony maner metall.
*Mandeville's Travels* (Titus MS. C.xvi) (1919) 20

**1480**   By hym or by any othir.
*Cronicles Eng.* (Caxton) ccxxxij. sig. q7

**1535**   Yf eny man be ouertaken of a faute.
*Bible* (Coverdale) Galatians vi. A

**1611**   Who wil shew vs any good?
*Bible* (King James) Psalms iv. 6

**1674**   To think of any other..way of making the body the souls inholder.
N. Fairfax, *Treatise of Bulk & Selvedge* 148

**1700**   Have you any Use in your Country for Upright Honesty?
T. Brown, *Amusements Serious & Comical* iii. 31

**1793**   If any opaque-souled lubber of mankind complain.
R. Burns, *Letter* 26 April (2003) vol. II. 212

**1849**   The best governed country of which he had any knowledge.
T. B. Macaulay, *History of England* vol. I. 37

**1880**   Buckets or carts should be stationed at certain places such as public latrines where the house sweepers could bring any night-soil.
*Admin. Rep. Madras Municipality 1879* App. 166

**1939**   Laying a mine in the high seas to slaughter innocent travellers whose intentions,...if they have any intentions, are entirely friendly.
G. B. Shaw, *Geneva* 70

cited in MI-FAMILIA-VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025



any, adj., pron., n., adv. meanings, etymology and more | Oxford Englis...   https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

**2011**    Do you have any reason to think that your seed is capable of begetting a male child?
A. Ghosh, *River of Smoke* iv. 104

**1.b.** In negative contexts: even a single; the slightest. Cf. **no** *adj.* 1a.

<span style="float:right">**Old English–**</span>

**OE**    Ne þær ænig com blod of benne.
*Genesis A* (1931) 180

**OE**    He ne geþafode þæt ænig man [Latin *quisquam*] ænig fæt ðurh þæt templ bære.
*West Saxon Gospels: Mark* (Corpus Christi Cambridge MS.) xi. 16

**c1275
(?a1200)**    Nas hit nauere isæid..þat æuer ær weore æi swa muchel ferde..þurh ænie king to-gadere.
Laȝamon, *Brut* (Caligula MS.) (1978) l. 15578

**1389**    That the forsaid wollys..yhe suffre..to pas withoutyn ony askying or takyng of custume.
in C. Innes, *Liber Sancte Marie de Melros* (1837) 449

**(c1449)**    Neuere saue in late daies was eny clok telling þe houris.
R. Pecock, *Repressor* (1860) 118

**1508**    I shall not declare to you ony parte of the epystle.
J. Fisher, *Treatise Penyt. Psalms* sig. aa.ii

**1567**    You abide in such extasie the space of xl. houres at the least without any beating of poulse or other perceptible motion.
W. Painter, *Palace of Pleasure* vol. II. xxv. f. 237ᵛ

**1600**    He must not vncouple any of his dogs: but onely marke the way that the Hart runneth.
R. Surflet, translation of C. Estienne & J. Liébault *Maison Rustique* vii. xxv. 847

**1658**    We present not these as any strange sight.
Sir T. Browne, *Hydriotaphia: Urne-buriall* Epistle Ded. sig. A2ᵛ

**1712**    The Offence does not come under any law.
R. Steele, *Spectator* No. 503. ¶2

**1790**    It ought not to be done at any time.
E. Burke, *Reflections on Revolution in France* 23

**1811**    I conduct the operations of the Portuguese army as Marshal General, without any reference to the Secretariat.
Duke of Wellington, *Letter to C. Stuart* 12 January in *Dispatches* (1837) vol. VII. 91

cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025



**1870**    In..fish there is never any breast-bone.
H. A. Nicholson, *Manual of Zoology* (1880) 463

**1920**    The bees cannot tolerate any foreign object in their homes.
D. E. Lyon, *How to keep Bees for Profit* iv. 34

**1971**    A noun phrase may not have any separate intonation pattern at all.
D. Crystal, *Linguistics* Interlude 134

**2006**    Mom never wore any form of make up.
C. C. E. Vermaak, *Confessions of Dyslexic Virgin* 194

**1.c.**  With singular noun in affirmative contexts, frequently with emphatic force:    **Old English–**
used to refer to a member of a particular group or class without distinction
or limitation (hence implying every member of the class or group, since every one may in
turn be taken as a representative).

**OE**    Þa wearð he & ealle his geferan forcuþran & wyrsan þonne ænig oðer gesceaft.
Ælfric, *Catholic Homilies: 1st Series* (Royal MS.) (1997) i. 180

**OE**    Ða þe hrepodon þæs reafes ænigne dæl þe heo mid bewunden wæs, wurdon sona
hale.
Ælfric, *Lives of Saints* (Julius MS.) (1881) vol. I. 248

**(a1398)**    Smaller pouder þan eny tyle mighte make.
J. Trevisa, translation of Bartholomaeus Anglicus, *De Proprietatibus Rerum* (British Library Add.
MS. 27944) (1975) vol. II. xviii. cvi. 1256

**a1400**
**(a1325)**    Þe nedder..was more wise þen any beest.
*Cursor Mundi* (Trinity Cambridge MS.) l. 700

**1470**    In any wyse..labore to haue an ende of your grete materes.
M. Paston in *Paston Letters & Papers* (2004) vol. I. 367

**1483**
**(1413)**    Hit is ful hard to ony creature to maken declaracion.
translation of G. Deguileville, *Pilgrimage of Soul* (Caxton) (1859) v. xiv. 79

**1563**    For all that, it is in any wise [Latin *omnino*] necessarie.
J. Man, translation of W. Musculus, *Common Places of Christian Religion* 374 b

**1599**    Mantuas lawe Is death to any he that vtters them.
W. Shakespeare, *Romeo & Juliet* v. i. 67

**a1616**    Any time these three hundred yeeres.
W. Shakespeare, *Merry Wives of Windsor* (1623) i. i. 8

**1699**    The Director was consulted by him upon *any* Difficulty.
R. Bentley, *Dissertation upon Epistles of Phalaris* (new edition) Preface p. lxvii



Cited in MI FAMILIA VOTA v. PETERSEN
NO.: 24-3188, archived February 19, 2025

| *a*1715 | It was a common piece of raillery in the Court, upon the death of any Prince, to ask what a person his widow was. |
| | Bishop G. Burnet, *History of Own Time* (1724) vol. I. 318 |

| 1798 | That enable any person to give an answer to any question. |
| | J. Ferriar, *Illustrations of Sterne* ii. 26 |

| 1814 | On speculative points any man may be suddenly converted. |
| | I. D'Israeli, *Quarrels of Authors* vol. II. 185 |

| 1914 | Nearly any parent will, if necessary, preserve the life of the child at the sacrifice of his own. |
| | N. A. Harvey, *Elem. Psychology* xviii. 215 |

| 1968 | The publications..are available to any American library on inter-library loan. |
| | *Language* vol. 44 211 |

| 2005 | There are strategies that any company can use to cultivate customer engagement. |
| | *1to1 Magazine* October 20/2 |

2. With quantitative force.

2.a. With plural or mass noun: used to refer to a number, however great or small, of (separable things), or a quantity or amount of (a substance, etc.), even the smallest.

**Old English–**

*cited in MI FAMILIA VOTA v. PETERSEN*
*No. 24-3188 archived February 19, 2025*

| OE | Ge cnapan, hæbbe ge ænige syflinge begyten? |
| | Ælfric, *Catholic Homilies: 2nd Series* (Cambridge MS. Gg.3.28) xvi. 164 |

| ?*a*1160 | Þa namen hi þa men þe hi wenden ðat ani god hefden. |
| | *Anglo-Saxon Chronicle* (Laud MS.) (Peterborough contin.) anno 1137 |

| *c*1225 (?*c*1200) | Hire feader feng on earst feire on to lokin, ʒef he mahte wið eani luue speden. |
| | *St. Juliana* (Bodleian MS.) l. 95 (Middle English Dictionary) |

| 1340 | He acsede..yef he hedde eny zeluer. |
| | *Ayenbite* (1866) 190 (Middle English Dictionary) |

| 1466 | Giff..I..gevis ony leiffe..to mak ony drauchtis of the said Magdelan burn. |
| | in C. Innes, *Registrum de Dunfermelyn* (1842) 356 |

| *c*1485 (1456) | How suld be punyst folk yat beris othir mennis armes but leue to do thame ony lak? |
| | G. Hay, *Buke of Law of Armys* (2005) 92 |



**1526**  Haue ye here eny meate? [So in *Cranmer*, *Genev.*, and 1611; Wyclif, ony thing that schal be eten, *Rhem.*, any thing to be eaten.]
*Bible* (Tyndale) Luke xxiv. 41

**1533**  Yf he had any ludgement at all he might well perceyue that [etc.].
J. Frith, *Boke answeringe Mores Lettur* sig. C.iᵛ

**1553**  Whiche viage is sufficiently knowen to suche as haue any skyll in Geographie.
R. Eden in translation of S. Münster, *Treatyse of Newe India* Preface sig. Ajᵛ

**1563**  Let the priest rence his hands, lest any parcels of the body or bloud be left behind in his fingers or in the chalice.
J. Foxe, *Actes & Monuments* 893/2

**1607**  If there be any tussocks of long grasse, rushes, or dead fogge.
G. Markham, *Cavelarice* vi. 12

**1687**  Have you any *Mirabilis*?
C. Sedley, *Bellamira* iii. i. 29

**1711**  Very little if any white about him.
*London Gazette* No. 4863/4

**1766**  Have you any more blocks, madam, for the hewing out of our Mercuries?
H. Brooke, *Fool of Quality* vol. II. xii. 241

**1831**  I asked them if they had any books.
J. Crabb, *Gipsies' Advocate* xiv. 133

**1854**  Whilst any lead..remains to be removed.
J. Scoffern in *Orr's Circle Sci., Chemistry* Chem. 507

**1937**  I forgot to ask you if you were going to buy any lard to-day.
H. Jennings et al., *May 12th Mass-observ. Day-surv.* ii. 387

**2011**  Any questioning of governmental restriction gives rise to accusations of anti-patriotism.
*El Paso* (Texas) *Times* (Nexis) 9 September

**2.b.**  Expressing recognized but unspecified value, quantity, duration, etc.: appreciable, discernible; significant, consequential.

**Old English–**

**OE**  Eal he wearð to woroldscame se þe stod on mane & on misdæde ænige hwile, butan he gewende þe raþor to his Drihtne.
Wulfstan, *Evil Rulers* (Hatton MS. 113) (1957) 277



**1477**   Thou shalt gyue me all the good that thou hast of ony valewe [French *tout ce que tu as vaillant*], or thou shalt drynke all the watre of this Ryuier.
Earl Rivers, translation of *Dictes or Sayengis Philosophhres* (Caxton) (1877) lf. 55

**1591**   In every Shire Citty and Towne of any receipt.
R. Greene, *Notable Discouery of Coosenage* f. 6

**1696**   If his illness lasts any time, i think it necessary he should have some woman to look after him as i sent word by Mr. Wyburn yesterday.
Mary of Modena, *Letter* 5 June in M. Hopkirk, *Queen Over Water* (1953) x. 231

**1778**   No gre-hound of any value should be run at this course.
*Encyclopædia Britannica* vol. III. 2284/2

**1821**   To balance himself for any time in the same position the rope-dancer must strain every nerve.
W. Hazlitt, *Table-talk* vol. I. i. 18

**1942**   The Kiwi bird..cannot migrate with the warm seasons, or travel any distance in search of food.
*National Geographic Magazine* June p. xii (advertisement)

**2004**   Any incident of any importance immediately found its way into a song.
*Smithsonian* October 117/2

**2.c.**   *colloquial.* Of number or quantity: great, large, considerable; (also *hyperbolically*) unlimited, endless. See also *any amount (of)* at **amount** *n.* Phrases P.2b.    **1758–**

**1758**   It may not be improper, where there is a prospect of keeping the wooden print for any length of time, to use very thin plank.
R. Dossie, *Handmaid to Arts* vol. II. 214

**1826**   I had any quantity, of the very best quality [*sc.* of House of Commons paper], furnished me, with ready-made pens by the dozen.
R. Gourlay, *Appeal to Common Sense, Mind, & Manhood British Nation* p. xxxv

**1845**   He will find any number of pretty Hookers in the Brick row not far from French's hotel.
in N.E. Eliason, *Tarheel Talk* (1956) 277

**1861**   In the woods near us we found any quantity of grapes and chinquapins.
O. W. Norton, *Army Letters* (1903) 26

**1862**   We cut down any number of the poles.
O. W. Norton, *Army Letters* (1903) 50

Cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188, archived February 19, 2025



any, adj., pron., n., adv. meanings, etymology and more | Oxford Englis...          https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

**1946**     There's a man in Kensington..who seems willing to buy any quantity of *sgraffito* work.
V. Bell, *Letter* 20 December in *Selected Letters* (1993) 509

**2002**     She misidentifies a girl from Sunderland..as a Geordie (thereby alienating any number of Mackem readers).
*Economist* (Electronic edition) 3 August 77

colloquial and slang

**3.** With qualitative force: (in positive or neutral sense) of whatever sort or kind; (in negative or depreciative sense) of whatever kind, however imperfect.     **Old English–**

Frequently as the first element in compounds: see **anybody** *n.*, **anything** *pron.* & *n.* A.II.3, **anyway** *adv.* 1b, etc.

**OE**     Ne beo ðu ænig manslaga.
Wulfstan, *Christian Life* (Hatton MS.) 201

**c1405**     She was a Prymerole, a piggesnye For any lord to leggen in his bedde Or yet for
**(c1390)**   any good yeman to wedde.
G. Chaucer, *Miller's Tale* (Hengwrt MS.) (2003) l. 83

**?1529**     Men neuer caste any fauoure to a woman, but for some good propretie.
R. Hyrde, translation of J. L. Vives, *Instruction of Christen Woman* i. xvi. sig. Sᵛ

**1571**     Any truthe what soeuer it bee, is better then any thyng, that can of our owne heade be deduced of vs.
J. Northbrooke, *Spiritus est Vicarius Christi: Poore Mans Garden* f. 100

**1665**     Now am I ready for any Plot; I'le go find some of these Agitants.
R. Howard, *Committee* iii. i, in *Four New Plays* 95

**1699**     Any Excuse is better than none.
J. Dunton, *Dublin Scuffle* 103

**1762**     Marriage is at present so much out of fashion, that a lady is very well off, who can get any husband at all.
O. Goldsmith, *Citizen of World* vol. II. 98

**1799**     Some are studying to be rich by any means; others studying how to cheat,..and some are even studying how to set the world on fire.
T. Burns, *Sermon* 49

**1868**     The danger is..that any reform should be adopted because some reform is required.
M. Pattison, *Suggestions on Academical Organisation* 2



cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

any_adj,_pron_n.,_adv._meanings,_etymology_and_more | Oxford Englis...    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

**1879**    One of the common trees that may be found on almost any lawn.
*Scribner's Monthly* November 37/1

**1920**    Any change would be an improvement.
*Public Libraries* January 39/2

**1925**    The prevailing psychology of Hollywood is that any publicity is good publicity.
*Fresno* (California) *Bee* 1 August

**2003**    What riled the senator wasn't just any unwanted pregnancy, but pregnancy by rape.
W. Saletan, *Bearing Right* (2004) vii. 174

---

**4.a.**   Followed by *one* (as pro-form or, in early use, emphatic pronoun), with
anaphoric reference and limiting force (cf. **one** *pron.* C.V.13).

`Old English–`

**OE**    Swa se waldend us, godbearn on grundum, his giefe bryttað. Nyle he ængum anum
ealle gesyllan gæstes snyttru.
Cynewulf, *Crist II* 683

**1536**   Thou mayste rather blame me, for the superfluyte of many thynges mo then neded.
Then for the lack of any one.
J. Gwynneth, *Confut. Fyrst Parte Frithes Boke* sig. Bi

**1567**   Behold Christian, if amongest these roabes, there be any one which thou hast
seene before.
W. Painter, *Palace of Pleasure* vol. II. xx. f. 134ᵛ

**1657**   Of all those Enchantments which he hath dissolv'd, there is not any one which you
could not have master'd.
J. Davies, translation of V. de Voiture, *Letters* i. iv. 7

**1797**   Their authority may be a means of deterring many persons from applying their
minds to this subject; yet there is scarcely any one which more requires
investigation.
*Monthly Magazine* September 196/1

**1844**   See that all the pigs are safe, and..remove any one immediately that..may have died
in the pigging.
H. Stephens, *Book of Farm* vol. II. 699

**1895**   Among the many building papers which are now flooding the markets, it is a difficult
matter to choose any one that is really the best.
F. T. Lent, *Sound Sense in Suburban Architecture* vi. 68



Cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188, archived February 19, 2025

| 1922 | There should be formed in Halifax an overhead university connected with all the colleges, but not particularly with any one. |
| | *School & Society* 10 June 640/2 |

| 2005 | There were other days like this in the Mara—I could pick any one at random. |
| | R. Hume, *Life with Birds* 284 |

**4.b.**  Followed by *one* (as adjective) with limiting force (cf. **one** *adj.* A.II.3a).

**c1449–**

| (*c*1449) | Eny oon persoon. |
| | R. Pecock, *Repressor* (1860) 384 |

| 1577 | Neither soule, fleshe, nor reason can in any one thyng please thee. |
| | *S. Avgvstines Manuell* in *Certaine Prayers S. Augustines Medit.* (revised edition) sig. Pv |

| 1690 | I understand not any one word. |
| | W. Walker, *Idiomatologia Anglo-Latina* 26 |

| 1710 | I shall not allow the reviving of any one Part of that antient Mode. |
| | R. Steele, *Tatler* No. 118. ¶12 |

| 1833 | That any one district of Amsterdam was busier than another at any one hour. |
| | H. Martineau, *Messrs. Vanderput & Snoek* i. |

| 1885 | Latex-cells are not restricted to any one organ of the plant. |
| | G. L. Goodale in A. Gray & G. L. Goodale, *Botanical Text-book* (ed. 6) vol. II. i. ii. 95 |

| 1925 | It is an exaggeration to attribute a general change in a climate of thought to any one piece of writing. |
| | A. N. Whitehead, *Science & Modern World* ix. 198 |

| 2007 | It is no longer conceivable for any one Church of the Christian *oikumene* to go it alone. |
| | *Church Times* 13 April 9/5 |

## PRONOUN & NOUN

**1.a.**  Chiefly in negative, interrogative, and conditional contexts: any person or persons at all; even a single individual; (also) a given individual or group of individuals; someone, some people. Cf. **anyone** *pron.* 1.

**Old English–**

Now less common than *anyone* or *anybody*.



cited in IMI FAMILIA v. PETERSEN
No. 24-3188 archived February 19, 2025

**OE** [Northumbrian dialect] *Et non sinebat ut quisquam transferret uas per templum* : & ne gelefde þætte ænig [OE *West Saxon Gospels: Corpus Cambr.* ænig man] oferferede faet ðerh þæt tempel.
*Lindisfarne Gospels: Mark* xi. 16

**OE** Ne sege þu heononforð þæt ænig sy his gelica.
Ælfric, *Lives of Saints* (Julius MS.) (1881) vol. I. 474

*c*1175 He nollde nohht. Þatt aniȝ shollde dwellenn.
*Ormulum* (Burchfield transcript) l. 9938

*a*1250 Is ani ricchere þen þu, mi leof, þat rixles in heuene?
*Wohunge ure Lauerd* in R. Morris, *Old English Homilies* (1868) 1st Series 271 (Middle English Dictionary)

*c*1325 (*c*1300) Ȝif þat eni him wraþþede, adoun he was anon.
*Chronicle of Robert of Gloucester* (Caligula MS.) 7721

1472 Yit have I..nott leffte any at hys most neede.
J. Paston in *Paston Letters & Papers* (2004) vol. I. 454

1550 Please they any, That serue many? Nay.
J. Heywood, *Hundred Epigrammes* iii. sig. Aiiii

1584 Wherefore if any be desirous to vomit, let them rather go to the Sea.
T. Cogan, *Hauen of Health* cxvii. 216

1611 The Lord is..not willing that any should perish.
*Bible* (King James) 2 Pet. iii. 9

1686 Into which Society when any are admitted, they call a meeting.
R. Plot, *Natural History Staffordshire* viii. 316

1764 Whether this may not be one reason why scarce any are educating, amongst *us*, for the ministry, I shall not positively determine.
S. Lowthion, *Friendship of visiting Fatherless* 27

1796 You may say in general in the family (if any should bark) that you are satisfied with my conduct.
E. Gibbon, *Letter* 19 December (1956) vol. II. 133

1827 If any can pretend to know the world, or to have seen scary sights, it is myself!
J. F. Cooper, *Prairie* vol. II. v. 68

1885 If any should wish a further proof.
H. R. Haggard, *King Solomon's Mines* vii. 117

1933 The effect on the modern Emperor..was more than any could have guessed.
R. Sencourt, *Napoleon III* ii. ix. 190



| 1968 | So amenably courageous in leaving his door ajar for any who would enter. |
| | F. Exley, *Fan's Notes* vi. 288 |

| 1977 | Any who did it [*sc.* investigating complaints] with cheerful willingness usually applied to join A10. |
| | G. F. Newman, *Detective's Tale* 74 |

**1.b.** In affirmative contexts, frequently with emphatic force: any person without distinction or limitation; (hence implying every person: see sense A.1c). Cf. **anyone** *pron.* 2.

c1580–

| *c*1580 (1438) | Mare than ony that leuand is [French *plus que nus qui soit vis*]. |
| | translation of *Buik of Alexander* (1927) vol. III. ii. 6801 |

| 1628 | Thou art for any who in thee beleeves, Though Traytors, Strumpets, Murtherers, or Theeves. |
| | G. Wither, *Britain's Remembrancer* i. f. 30ᵛ |

| 1665 | Infinitely beneath any, who are endued with the smallest portion of a Royal spirit. |
| | J. Crowne, *Pandion & Amphigenia* i. 38 |

| 1705 | [He] has wrote a more correct Account of Italy in general than any before him. |
| | J. Addison, *Remarks Italy Preface* sig. A4 |

| 1827 | I know the stage, the tricks the actors play, And mark their characters as any may. |
| | R. Cobbold, *Valentine Verses* 222 |

| 1862 | It [is] hard for any who are not desert-bred to find their way. |
| | M. L. Whately, *Ragged Life in Egypt* (1863) x. 88 |

| 1966 | Pessimism, under the rule of a *Pax Britannica*, was a dirty little luxury which any could afford. |
| | R. Ardrey, *Territorial Imperative* (1967) viii. 283 |

| 2006 | The great warhorses..crushed any before them under their heavy hooves. |
| | G. Jennings, *Aztec Rage* (2007) i. 1 |

**2.a.** With anaphoric or cataphoric reference: one or some (of that previously or subsequently mentioned). Chiefly in negative, interrogative, and conditional contexts.

Old English–



| OE | We læra∂ þæt ælc calic gegoten beo þe man husl on halgige, and on treowenum ne halgige man ænig. |
| | Wulfstan, *Canons of Edgar* (Corpus Christi Cambridge MS.) (1972) xli. 10 |

any, adj., pron., n., adv. meanings, etymology and more | Oxford Englis...    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

| IOE | Eac on morgen..gedyde se wind swa mycel to hearme her on lande..swa nan man ne ge munde þat æfre ӕnig ӕr gedyde. |
|---|---|
| | *Anglo-Saxon Chronicle* (Laud MS.) anno 1103 |

| c1390 (?c1350) | I beo-take þe..soules to kepe; ӡif eni þorw þi defaute falle fro my riche, At þe day of luggement þou beost ioyned harde. |
|---|---|
| | *Joseph of Arimathie* (1871) l. 307 (Middle English Dictionary) |

| 1477 | We sal gif him the best counsale we can quhen he ony askis at ws. |
|---|---|
| | in J. Stuart, *Misc. Spalding Club* (1842) vol. II. 253 |

| 1583 | As excellent a lesson as a man shall read any. |
|---|---|
| | A. Golding, translation of J. Calvin, *Sermons on Deuteronomie* xlvi. 276 |

| 1591 | [He] pawnes his rings if he hath any, his sword, his cloake, or else what he hath about him. |
|---|---|
| | R. Greene, *Notable Discouery of Coosenage* f. 5ᵛ |

| a1625 | *Cac.* Ever thank him that has mony. *Sanc.* Wilt thou lend mee any? |
|---|---|
| | J. Fletcher, *Rule a Wife* (1640) iii. 30 |

| a1682 | This, if any, may probably destroy that obstinate Disease. |
|---|---|
| | Sir T. Browne, *Certain Miscellany Tracts* (1683) v. 115 |

| 1741 | Must you, my Lord,..add to my Plagues if I have any? |
|---|---|
| | S. Richardson, *Pamela* vol. IV. lxi. 412 |

| 1769 | The pointers, if any, are..fixed across the hold diagonally to support the beams. |
|---|---|
| | W. Falconer, *Universal Dictionary of Marine* at Ship-building |

| 1839 | The narrowness of the head..is not remarkable, and very slight pressure, if any, has been applied to the frontal bone. |
|---|---|
| | S. G. Morton, *Crania Americana* 107 |

| 1883 | The mean temperature of the month was lower than any recorded since 1879. |
|---|---|
| | *Scotsman* 11 July 5/3 |

| 1928 | The whole tone of the letter must be called a greater blow to my hopes than any I have yet had from you. |
|---|---|
| | P. Grainger, *Letter* 31 January in *All-round Man* (1994) 88 |

| 2010 | Maybe he should talk to a priest? He didn't know any. |
|---|---|
| | A. Atwater-Rhodes, *Token of Darkness* i. 8 |

cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025

**2.b.** Followed by *of*.    **Old English–**

In Old English and early Middle English also with partitive genitive.



| OE | For þon þe þu eart blind, þu ne gesihst ænigne of Godes þam halgum. |
| | *St. Andrew* (Corpus Christi Cambridge MS.) in F. G. Cassidy & R. N. Ringler, *Bright's Old English Grammar & Reader* (1971) 214 |
| OE | Saga me..hwæðer þu ongæte his wundra ænigu. |
| | Wærferð, translation of Gregory, *Dialogues* (Corpus Christi Cambridge MS.) (1900) i. x. 79 |
| *c*1175 (OE) | Ȝif ic æniȝ þare ȝyfæ habbe þe ðu ȝyrnende bist. |
| | *Homily: Hist. Holy Rood-tree* (Bodleian MS. 343) (1894) 6 |
| *c*1225 (?*c*1200) | Ȝef hit is misboren..& wonti ei [*a*1250 *Titus MS.* eni] of his limen, Oðer sum mis feare, hit is sorhe to hire. |
| | *Hali Meiðhad* (Bodleian MS.) (1940) 495 |
| 1340 | Huo þet agelt ine enie of þe ilke hestes. |
| | *Ayenbite* (1866) 5 (Middle English Dictionary) |
| (*c*1384) | If ony of ȝou nedith wisdom, axe he of God. |
| | *Bible* (Wycliffite, early version) (Royal MS.) (1850) James i. 5 |
| 1409 | Gif..[they] rebellis or disobesis till ony of the saide lordis again resoun. |
| | in J. Stuart & G. Burnett, *Exchequer Rolls of Scotland* (1880) vol. IV. lxxxi |
| 1526 | If eny of you lacke wysdome. |
| | *Bible* (Tyndale) James i. 5 |
| 1567 | It is a sinne, as greate as Sacrilege, or Churche robbinge, to reason of any of the Popes dooinges. |
| | J. Jewel, *Defence Apologie Churche England* v. vi. §7. 533 |
| *a*1616 | If there be any of him left, Ile bury it. |
| | W. Shakespeare, *Winter's Tale* (1623) iii. iii. 127 |
| 1690 | In any of these cases, the print left by the Seal, will be obscure. |
| | J. Locke, *Essay Humane Understanding* ii. xxviii. 164 |
| 1711 | How do you know more than any of us? |
| | R. Steele, *Spectator* No. 154. ⁋2 |
| 1798 | Dame Tilbury's daughter has lain-in—Shall I give her any of your Baby Cloathes? |
| | J. Austen, *Letter* 27 October (1995) 17 |
| 1837 | As every count in the indictment contains a distinct charge, there is no doubt that the jury may acquit or convict on any of them. |
| | E. Hayes, *Crimes & Punishments* ii. xiii. 631 |
| 1876 | Oats contain a larger proportion of gluten than any of the other cereals in use. |
| | J. Harley, *Royle's Manual of Materia Medica* (ed. 6) 371 |
| 1924 | I like you a fabulous lot; and any of my friends could tell you *that*. |
| | V. Sackville-West, *Letter* 22 August in *Letters to V. Woolf* (1984) 43 |

cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025

| 2011 | I had always ambled through life, never suffering from.. any of the ills the urban mind is prey to. |
| | *Independent* 24 February 15/1 |

**3.** One of two things indifferently; either. Now *nonstandard.*      c1400–

In early use frequently in †**any of both**: either of two (*obsolete*).

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025



any_adj.,_pron_n.,_adv._meanings,_etymology_and_use | Oxford Englis...    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

| | |
|---|---|
| *c*1400 | Ony of the said partis. |
| | in J. Slater, *Early Scots Texts* (Ph.D. thesis, Univ. of Edinb.) (1952) No. 53 |
| *c*1405 (*c*1395) | If that any [*c*1415 *Corpus Christi Oxford MS.* eny, *c*1430 *Cambridge MS. Gg.4.27* ony] of vs haue moore than oother Lat hym..parte it with his brother. |
| | G. Chaucer, *Friar's Tale* (Hengwrt MS.) (2003) l. 233 |
| (*c*1449) | Sithen fewe othere taken eny of hem bothe. |
| | R. Pecock, *Repressor* (1860) 558 |
| ?1541 | Doth anie of both these ensamples proue, that [etc.]? |
| | M. Coverdale, *Confutacion Standish* sig. f.viij* |
| 1587 | Not at all..benefited by anie of them both. |
| | A. Fleming et al., *Holinshed's Chronicles* (new edition) vol. III. 1253/1 |
| 1660 | The Ministers of God are not to evade, or take refuge in any of these two forementioned wayes. |
| | R. South, *Interest Deposed* 14 |
| 1795 | The passage by any of the two bridges is impossible. |
| | *Edinburgh Magazine* November 400/2 |
| 1809 | The cannonier, who had pointed the gun..could not ascertain..whether any of the two salient points had not been deranged by some shock. |
| | L. de Tousard, *American Artillerist's Companion* vol. II. vii. 201 |
| 1887 | We find more religious sects amongst them [*sc.* the Swedes] than amongst any of the two other nationalities. |
| | M. Salmonson, *From Marriage License Window* viii. 72 |
| 1922 | Many exporters are willing to concede that a bank may cancel its advice at any of the two points mentioned above. |
| | G. W. Edwards, *Foreign Commerc. Credits* iv. 53 |
| 1996 | *Any*, either, one of two things. |
| | C. I. Macafee, *Concise Ulster Dictionary* 7/1 |
| 2000 | For him [*sc.* Descartes], the sum of motion of two equal bodies travelling at equal speed in *opposite* directions is double that of any of the pair. |
| | M. R. Matthews, *Time for Sci. Education* viii. 202 |

irregular

## ADVERB

...difying comparative adjectives and adverbs: in any degree, to any extent, at all.    c1300–

cited in IN-FAMILIA-VOT-v.-PETERSEN
No. 24-3188 archived February 19, 2025

See also **any more** *adj.*, **any mo** *adj.*, **any more** *adv.*

Earliest attested in **any more** *adj.*

---

**c1300**    With oute ani more lette Þat treo ful sone upriȝt him sette.
*Childhood Jesus* (Laud MS.) 137 in C. Horstmann, *Altenglische Legenden* (1875) 1st Series 7

**c1450**    Or he come eny nere.
**(?a1422)**  J. Lydgate, *Life of Our Lady* (Durham MS.) (1961) vi. l. 263

**1548**    Not mynding to differre the time any farther.
*Hall's Vnion: Henry VI* f. clxxxiiij

**1573**    I suppose we neede not to reason any curiouslyer hereof at this present.
J. Daus, translation of H. Bullinger, *Hundred Sermons vpon Apocalipse* (revised edition) xxxii. f. 91ᵛ

**a1616**    You are not to goe loose any longer.
W. Shakespeare, *Merry Wives of Windsor* (1623) iv. ii. 113

**1711**    Before you go any farther.
R. Steele, *Spectator* No. 154. ¶4

**1792**    It is impossible any longer to find a pound of butter or cream to our tea in all the country.
W. Cowper, *Letter* 30 November (1984) vol. IV. 246

**1837**    It is a well-known fact that contract work is never done any better than can be helped.
*Civil Engineer & Architect's Journal* October 46/1

**c1875**    Few people..would be any the worse for the study.
L. Stephen, *Hours in Library* 1st Series 347

**1951**    Knowing you coped with mother too doesn't make me feel any better.
K. Ferrier, *Letter* 30 January (2003) v. 141

**2007**    We won't be any the wiser until the earthquakes strike.
*Ecologist* July 97/1

---

2.  *U.S. colloquial* and *British regional*. In negative, interrogative, and conditional contexts, modifying a verb: to the slightest extent; at all.     **1735–**

---

**1735**    Y'r colts have not been gentled any, so that Charles can't lead them up.
R. Lee in *Virginia Hist. Magazine* vol. 3 356

**1780**    I have not traveled any this day on account of my horses.
S. Holten, *Journal* in *Essex Institute Hist. Coll.* (1920) vol. LVI. 96

Cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

any adj., pron., n., adv. meanings, etymology and more | Oxford Englis...          https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...



**1827**    It can't be that he has been examined and cross-questioned, and differed any.
*Massachusetts Spy* 8 August

**1857**    Your words come down jest like rain spatterin' on a rock. They don't soak in any.
J. G. Holland, *Bay-path* iii. 32

**1869**    It is a good tune—*you* can't improve it any.
'M. Twain', *Innocents Abroad* iv. 45

**1886**    He's not worked any sin' June. She can't sit up any.
R. E. G. Cole, *Glossary of Words South-west Lincolnshire* 7

**1896**    I don't think he could have suffered any, he looked so peaceful.
*Harper's Magazine* April 778/2

**1904**    One interesting speech followed which did not help matters any.
*Booklovers' Magazine* March 360

**1911**    Costa was not used to springs, and he did not mind this any.
H. P. Fairchild, *Greek Immigration to United States* 101

**1928**    Did it raan any?
A. E. Pease, *Dictionary of Dialect of North Riding of Yorkshire* (at cited word)

**1958**    This couldn't have helped the Yogi any.
*Punch* 17 September 386/1

**2006**    My humiliation in front of Detective Caravan hasn't helped the matter any.
M. Cabot, *Size 12 is not Fat* 89

British English     U.S. English     colloquial and slang

## Phrases

**P.1.**    **any but**.

**P.1.a.**    Anybody or anything except (that specified).                    **1481–**

**1481**    They ne shal but denye, that name of goodnesse to be graunted to ony, but
**(a1470)**   to wise men.
J. Tiptoft, translation of Cicero, *De Amicicia* (Caxton) sig. a6

**1525**    No lorde sente any but [French *ne..que ceulx*] of their owne seruauntes.
Lord Berners, translation of J. Froissart, *Cronycles* vol. II. clxix. f. cxciiiᵛ/2

**1569**    I have red one wonder of hyr, whiche I neuer hearde of in any but in hir, that
is, that she never shewed affection to any man.
E. Fenton, translation of P. Boaistuau, *Certaine Secrete Wonders of Nature* f. 66

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

any adj., pron., n., adv. meanings, etymology and more | Oxford English...          https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

**1623**  An open house, where stands his chaire empty, vnlawfull for any but himselfe to sit in.
R. Jobson, *Golden Trade* 46

**1653**  This dish of meat is too good for any but Anglers.
I. Walton, *Compleat Angler* vii. 160

**1728**  Nor will North Britain yield for fouth Of ilka thing, and fellows couth To ony but her sister South.
A. Ramsay, *1st Answer to Somerville* 76

**1741**  It was wholly impossible for any but those which knew otherwise, not to have mistaken her for their natural Mother.
J. Wilford, *Memorials & Characters* 498

**1817**  Would any but a poet..have brought all the different marks and circumstances of a sea-loch before the mind.
S. T. Coleridge, *Biographia Literaria* vol. II. xx. 113

**1897**  A task beyond the power of any but the few Masters of our literature.
E. Lynn Linton, *George Eliot* in *Women Novelists* 101

**1963**  The monasteries had long ceased, most of them, to teach any but interns.
A. Beales, *Educ. under Penalty* i. ii. 18

**2003**  The attributes that distinguish archaea from bacteria are not the sort that would quicken the pulse of any but a biologist.
B. Bryson, *Short Hist. Nearly Everything* (2004) xx. 377

**P.1.b.**  Of any kind other than (that specified).                  1598–

**1598**  He prohibited all publike exercise of any but the Romish religion.
translation of J. de Serres, *Hist. Coll.* 266

**1677**  That the Apostles should leave the Care of all the Churches, to take up that of one Particular Church,..can never go down with any but a Roman Swallow.
W. Hughes, *Man of Sin* ii. i. 9

**1727**  Some few tops [of parsley] may be indeed used in sallets, but it is a little too coarse for any but rusticated palates.
S. Switzer, *Practical Kitchen Gardiner* vii. lvi. 295

**1789**  The burthen..too heavy for any but Atlantean shoulders.
W. Cowper, *Letter* 22 April (1982) vol. III. 279

**1826**  My eyes are too weak to count the threads of any but coarse canvas.
M. Wilmot, *Letter* 25 September (1935) 250

Cited in NH FAMILY-VOTA v. PETERSEN
No. 24-3188, archived February 19, 2025

any_adj_pron_n_adv meanings, etymology and more | Oxford Englis...    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

| 1880 | The volatility of the acid renders any but recently prepared gauze untrustworthy. |
|---|---|
| | W. MacCormac, *Antiseptic Surgery* 103 |
| 1939 | It is scarcely conceivable that any but an American designer would have designed such a building: it is 'styling' applied to architecture. |
| | *Architectural Review* vol. 86 62/1 |
| 2004 | The wavefunction..is merely a theoretical tool for making (probabilistic) predictions and should not be accorded any but mathematical reality. |
| | B. Greene, *Fabric of Cosmos* 513 |

**P.2.**  **any and every**: each without exception (*of* the specified kind); every single; each and every. Cf. *all and sundry* at **all** *adj., pron., n., adv., & conj.* Phrases P.5b.

1558–

| 1558–9 | And of every Twentye shillinges value of Tynne and Pewter Vessell caried oute of thy yoᴿ Realme by any and every Marchaunte Alyen dij d. over and above the xij d. aforesayd. |
|---|---|
| | *Act 1 Elizabeth I* c. 20 in *Statutes of Realm* (1963) vol. IV. i. 382 |
| 1587 | His authoritie excelled any and every one of his fellowes. |
| | J. Bridges, *Defence Govt. Church of England* v. 462 |
| *a*1651 | Their hands were imployed in any and every of their works upon earth. |
| | *Discourse Different Long Prayers* 11 in R. Steward, *Several Short, but Seasonable Discourse* (1684) |
| 1793 | Where a nation refuses permission to our merchants and factors to reside within certain parts of their dominions, we may..refuse residence to theirs in any and every part of ours. |
| | T. Jefferson, *Rep.* 16 December in *Public & Private Papers* (1990) 120 |
| 1833 | The term misplaced gout..has been applied to any and every incidental disease occurring in a gouty habit. |
| | J. Forbes et al., *Cycl. Pract. Medicine* vol. II. 378/2 |
| 1888 | Those who..profess themselves willing to take, 'lying down', any and every inconvenience that the victorious Irish may inflict. |
| | *Saturday Review* 4 August 133/1 |
| 1956 | The brother..is a modern Churchman, which means, as far as I can see, an attachment to any and every belief save the dogmas of his own religion. |
| | A. Wilson, *Anglo-Saxon Attitudes* i. iv. 172 |
| 2005 | Betrayal, booze and bad luck put paid to any and every scheme. |
| | *Times Literary Supplement* 4 March 20/1 |

cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025

any_adj._pron_n._adv_meanings,_etymology_and_more | Oxford Englis…    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr…

**P.3.**  **any day (**also **minute, moment, time**, etc.**):** (anticipating a possible event or outcome)   <span style="background:#e0e0e0">1770–</span>
soon; imminently; within a short time. Also in form **any day now** and variants.

Cf. *any day (of the week)* at **day** *n.* Phrases P.9g.

| | |
|---|---|
| 1770 | Those hands..might any time produce me 500 bushels of wheat which they could not do when sown in Tobacco ground. |
| | L. Carter, *Diary* 31 August (1965) vol. I. 479 |
| 1847 | A crater-crust which may crack and spue fire any day. |
| | C. Brontë, *Jane Eyre* vol. II. v. 132 |
| 1865 | Alice..had not as yet had any dispute with the Queen, but she knew that it might happen any minute. |
| | 'L. Carroll', *Alice's Adventures in Wonderland* viii. 122 |
| 1924 | He said this girl..might be leaving the party any moment now. |
| | P. G. Wodehouse, *Bill the Conqueror* ii. 32 |
| 1956 | I shall be rescued any day now. |
| | W. Golding, *Pincher Martin* (1960) 139 |
| 2001 | Baby Nathan looks as if he could wake up and start bawling for his dinner any second. |
| | C. Glazebrook, *Madolescents* 17 |

**P.4.**  Originally and chiefly *U.S.* **any which way**: in any way whatsoever; in whatever way;   <span style="background:#e0e0e0">1831–</span>
(also) in a random way, haphazardly. Cf. **every which way** *adv.*

| | |
|---|---|
| 1831 | I can make nayther head not tail to it—nor swallow it up not down—nor git it any which way at all at all. |
| | *Star & Republican Banner* (Gettysburg, Pennsylvania) 27 December |
| 1860 | But bleedin' at the heart, marm, is sudden death any which way you fix it. |
| | T. C. Haliburton, *Season-ticket* ii. 53 |
| 1936 | After the first two or three drawers had had their upper levels fixed up, things were pushed into the others any which way, and when she was through they were locked. |
| | C. Day, *Life with Father* 213 |
| 1974 | The tractor was driven any which way by whoever happened along and was quickly ruined. |
| | T. P. Whitney, translation of A. Solzhenitsyn, *Gulag Archipelago* vol. I. i. v. 193 |

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

| 2005 | The locals continue to prepare it any which way, pounding it, mincing it, marinating it, frying it, steaming it, grilling it and stewing it in gravy. |
|---|---|
| | *Olive* July 135/1 |

U.S. English

**P.5.** **any good**: (in predicative use, chiefly in negative, interrogative, and conditional contexts) at all good (in various senses); of any ability, competence, quality, utility, or value.    **1866–**

[Perhaps originally after *no good*.]

| 1866 | The blacksmith's house, you know, was burned down, and his kind of a register-—if it was any good, and I am sure I don't know if it was any good —and then that woman died. |
|---|---|
| | *Good Words* January 2/2 |
| 1880 | And when I buy a goose unplucked, if his quills are any good, his legs won't carve, and his gizzard is full of gravel-stones! |
| | *Harper's Magazine* June 138/1 |
| 1901 | Oh, chuck it! I never was any good at arithmetic! |
| | *Punch* 31 July 88/2 |
| 1914 | Nothing can shift our squadron unless a Black Maria happens to do us in, as no trench is any good against them. |
| | C. E. A. Phipps, *Letter* 13 November in L. Housman, *War Letters Fallen Englishmen* (2002) 213 |
| 1985 | Are work shadow schemes any good? |
| | *Guardian* 15 July 1/8 |
| 2014 | You must practise designing to be any good at it. |
| | S. Dharmapala, *Saree* (2015) 28 |

**P.6.** *colloquial.*

**P.6.a.** **any old**: any person or thing of a specified type without distinction or discrimination; any —— whatsoever. Cf. sense A.3 and **old** *adj.* III.16c.    **1896–**

| [1833 | Newlove was selling his Furniture by Auction yesterday..; we neither wanted any old Riff Raff, nor had any Money to waste in it. |
|---|---|
| | R. Sharp, *Diary* 5 March (1997) 407   ] |
| 1896 | Any old farmer..could buy up him and a hundred more like him. |
| | G. Ade, *Artie* xviii. 171 |

cited in MI FAMILIA VOTA v. PETERSEN
NO. 24-3188 archived February 19, 2025

> **1911**    'Would you like to have a chance to study?'..'Study? What?' 'Sculpture— any old thing!'
> R. W. Chambers, *Common Law* ii. 63

> **1958**    His steward..just shoves some fruit in his cabin, any old time.
> B. Hamilton, *Too Much of Water* iv. 78

> **2002**    Len likes his morning slice. And not just any old slice, but the right kind of slice fried in the right kind of way.
> M. McGrath, *Silvertown* (2003) viii. 86

( colloquial and slang )

**P.6.b.**    *any old thing*: see **thing** *n.*[1] Phrases P.15.

( colloquial and slang )

**P.6.c.**    **any old how**.

**P.6.c.i.**    In any case; at any rate. Cf. **anyhow** *adv.* A.3a.    `1900–`

> **1900**    I'd like to know what he was after. If it was to find out how many Dacres there be, he didn't get full measure, pressed down, running over, any old how.
> S. Dorr, *Mind of Gods* ii. 11

> **1924**    Yes, she likes me. But liking's nothing. Well, any old how, I had to tell you.
> P. Creswick, *Beaten Path* xxxiii. 183

> **1958**    Any old how..he managed to get behind him.
> F. Norman, *Bang to Rights* ii. 34

> **1995**    I'd say you were lucky to get him, any old how.
> K. Coles, *Measurable World* ii. vi. 141

( colloquial and slang )

**P.6.c.ii.**    In a haphazard manner; unmethodically, carelessly. Cf. **anyhow** *adv.* A.2.    `1904–`

> **1904**    The teacher hunts down the examples in various arithmetics, writes them on the board, often hurriedly..; he does it accurately, perhaps, but 'any old how'.
> E. C. Wilson, *Pedagogues & Parents* x. 201

> **1933**    Scenes like a splash of confetti Hurled any old how.
> *Punch* 23 August 216/1



cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

**1937**   The kind of woman who gets herself up any-old-how..deserves just what
she gets.
*M. Hillis, Orchids on your Budget* v. 81

**2008**   As you went into the mine, the passages were more and more
provisional,..the sides just hacked out any old how.
*P. Hensher, Northern Clemency* 179

colloquial and slang

**P.6.d.**  Originally *U.S.* **any old way**: in no particular manner or order; in any way     1936–
whatsoever; 'any old how'.

**1936**   [A fighter] named Connie McVey.., willing to pick up money any old way.
*Saturday Evening Post* 8 February 17

**1995**   Strawberries are sexy. Eat them any old way—moussed, marinated in red
wine..or topped with chocolate.
*Gusto!* June 38/1

**2003**   The terrorists were dead, killed by rockets and bombs... There were eight of
them, lying where they'd been thrown, any old way.
*C. Birch, Turn again Home* xi. 316

U.S. English    colloquial and slang

**P.7.**

**P.7.a.**  **not to have any (of it, that, this)**: to want no part in something; to turn down a     1895–
proposition, reject an overture. Later also in more positive sense: to refuse to
accept or tolerate something. Usually in continuous tenses. Cf. *not to be taking any* at
**take** *v.* Phrases P.5e.

**1895**   Oh! if there's any hocus-pocus to be done, why, I'm not having any.
*Chambers's Journal* 7 December 776/2

**1905**   The verdict pronounced by the masses has been: 'If this is religion..then I am
not having any of it.'
*A. Henderson in E. T. Whittaker et al., Man's Place in Creation* 35

**1923**   Hester urges Dimmesdale to go away with her, to a new country, to a new life.
He isn't having any.
*D. H. Lawrence, Studies in Classic American Literature* vii. 133



| 1940 | Come on, you! Not having any of this now! |
|---|---|
| | J. Hanley, *Our Time is Gone* 456 |

| 1951 | I came in to tell you once and finally what I think of that stuff you were telling me. I won't have any of it. |
|---|---|
| | J. Steinbeck, *Burning Bright* i. 24 |

| 1990 | Mammy wasn't having any of that. She said anybody who 'don't wash their hand' is not staying in her house. |
|---|---|
| | J. Buffong in N. Payne & J. Buffong, *Jump-up-and-kiss-me* 189 |

| 2000 | He pointed out to the waitress that she'd charged him incorrectly, but she wasn't having any of it. |
|---|---|
| | D. Ginsberg, *Waiting* x. 255 |

**P.7.b.**  *not to get any change out of*: see **change** *n.* Phrases P.5e.

**P.8.**

**P.8.a.**  *at any cost*: see **cost** *n.*[3] Phrases P.1a. *at any price*: see **price** *n.* IV.7. *at any rate*: see **rate** *n.*[1] Phrases P.3. *by any chance*: see **chance** *n., adj., & adv.* Phrases P.1. *by any (manner of) means*: see **mean** *n.*[3] Phrases P.4. *in any case*: see **case** *n.*[1] Phrases P.4b. *in any sense*: see **sense** *n.* I.7. *in any shape or form*: see **shape** *n.*[1] I.9b.

**P.8.b.**  *any other business*: see **business** *n.* Phrases P.25. *any chance of*: see **chance** *n., adj., & adv.* Additions. *any gate*: see **gate** *n.*[2] I.2. *to get any*: see **get** *v.* Phrases P.2f. *any port in a storm*: see **port** *n.*[1] I.3c.

## Pronunciation

| BRITISH ENGLISH | U.S. ENGLISH |
|---|---|
| /ˈɛni/ ▶ | /ˈɛni/ ▶ |
| EN-ee | EN-ee |

Pronunciation keys  ▼

s

cited in IN FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

**Variant forms**

α.

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025



| | |
|---|---|
| early Old English | **aengi** (instrumental singular neuter), **enine** (*Kentish*, accusative singular masculine) |
| Old English | **ægne** (accusative singular masculine), **ægnig** (*rare*), **ægnum** (dative singular masculine), **æng-** (inflected form), **ænigg-** (inflected form, *rare*), **ænigh** (*Northumbrian*, *rare*), **ænihg** (*Northumbrian*, *rare*), **æning-** (inflected form), **aneg-** (inflected form, *rare*), **eneg-** (inflected form, *rare*), **eng-** (inflected form, *rare*), **ęng-** (*Northumbrian*, inflected form), **ęnig** (*Northumbrian*, *rare*) |
| Old English–early Middle English | **æneg-** (inflected form), **æni**, **ænig**, **ænyg**, **anig**, **enig** |
| Old English–Middle English (in copy of Old English charter) | **aenig** |
| late Old English | **egnig**, **enug-** (inflected form), **enyg** |
| late Old English–early Middle English | **eanig** |
| late Old English–1600s | **ani** |
| early Middle English | **ænʒ**, **ænie**, **æniʒ**, **aening** (in copy of Old English charter), **aningne** (in copy of Old English charter), **anj**, **anyg**, **eaneg-** (inflected form), **eini**, **enʒ** |
| Middle English | **aany**, **aenyng** (in copy of Old English charter), **ane**, **aniʒ**, **anni**, **annye**, **anye**, **ayny**, **eani**, **eany**, **ene**, **eney**, **enie**, **eniʒ**, **ening** (in copy of Old English charter), **enye**, **enyng** (in copy of Old English charter), **hany**, **hene**, **heni**, **heny** |
| Middle English–1500s | **anny**, **eni**, **eny** |
| Middle English–1600s | **anie**, **enny** |
| Middle English– | **any** |
| 1600s– | **aney** |

 *regional*

| 1700s– | **enny** |
|---|---|
| 1800s– | **anny** |
| 1900s– | **henny** (*Lincolnshire*) |

*U.S. regional*

| 1800s– | **enny** |
|---|---|
| 1900s– | **eeny** |

*Scottish*

| pre-1700 | **ane**, **aney**, **anie**, **annie**, **anye** |
|---|---|
| pre-1700; 1700s– | **any** |

*Irish English*

| 1800s– | **aany** |
|---|---|
| 1900s– | **anny** |

*cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025*

β.

| late Old English | **æigne** (accusative singular masculine) |
|---|---|
| early Middle English | **æi**, **ai**, **aie**, **ei**, **eie**, **ein** |
| Middle English | **ay**, **en**, **ey** |

γ.

| Middle English | **hone**, **honi**, **hony**, **one**, **oney**, **oni**, **onie**, **onny**, **onye**, **oony**, **oonye** |
|---|---|
| Middle English–1500s; 1800s– (*U.S. regional*) | **ony** |
| | **onne** |

any_adj._pron._n._adv._meanings, etymology and more | Oxford Englis...   https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

*English regional* (*northern* and *north midlands*)

| 1600s | **honie** |
|---|---|
| 1600s; 1800s– | **onny**, **ony** |
| 1800s | **oney** |

*Scottish*

| pre-1700 | **hony**, **oiny**, **onay**, **one**, **oni**, **onne**, **onyie**, **oony** |
|---|---|
| pre-1700; 1700s–1800s | **onny**, **onye** |
| pre-1700; 1800s– | **oney**, **onie**, **onnie**, **ony** |
| 1900s– | **oany** |

*Irish English* (*northern*)

| 1900s– | **onny**, **ony** |
|---|---|

*cited in MI FAMILIA VOTA v. PETERSEN No. 24-3188 archived February 19, 2025*

## Frequency

*any* is one of the 100 most common words in modern written English. It is similar in frequency to words like *about*, *good*, *know*, *other*, and *should*.

It typically occurs about 900 times per million words in modern written English.

*any* is in frequency band 7, which contains words occurring between 100 and 1,000 times per million words in modern written English. More about OED's frequency bands

Frequency data is computed programmatically, and should be regarded as an estimate.

### Frequency of *any, adj., pron., n., adv.*, 1750–2010

Occurrences per million words in written English

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on the Google Books corpus of several million books printed in English between 1500 and 2010.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

For sets of homographs (distinct entries that share the same word-form, e.g. *mole*, n.[1], *mole*, n.[2], *mole*, n.[3], etc.), we have estimated the frequency of each homograph entry as a fraction of the total Ngrams frequency for the word-form. This may result in inaccuracies.

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

**Frequency of *any, adj., pron., n., adv.*, 2017–2024**

\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from

any_adj,_pron_n,_adv_meanings,_etymology_and_more | Oxford Englis...        https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

Smoothing has been applied to series for lower-frequency words, using a moving-average algorithm. This reduces short-term fluctuations, which may be produced by variability in the content of the corpus.

## Compounds & derived words

Sort by    Date (oldest first) ⇕

**any kins, adj.**    **Old English–1450**
Any kind or kinds of; = any kin, adj.

**any mo, pron., n., & adj.**    **Old English–1880**
Any greater or additional number or amount; anything more; anything further.

**anything, pron., n., & adv.**    **Old English–**
Often with complement. Chiefly in negative, interrogative, or conditional contexts: a (material or immaterial) thing of whatever type; even the least…

**nany, adj. & pron.**    **Old English–1450**
Not any, no.

**any kin, adj.**    **c1175–1500**
Any kind or kinds of. Cf. any kins, adj.

**anywise, adv.**    **a1225–**
As sentence adverb: at any rate, in any case; = anyway, adv. 2a, anyways, adv. 3.

**anyways, adv.**    **c1225–**
colloquial. As sentence adverb: = anyway, adv. 2a. Chiefly North American in later use.

**anybody, pron. & n.**    **c1300–**
Frequently in negative, interrogative, and conditional contexts: = anyone, pron. 1.

**any more, adj., pron., n., adv.**    **c1300–**
In negative, interrogative, or hypothetical contexts. In continuance of what has taken place up to a particular time; any further, any longer. Also…

**&ytime, adv., adj., & int.**    **a1375–**
Esp. with reference to a future event: at any point in time; (following a negative) ever.

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

any_adj._pron_n._adv_meanings,_etymology_and_more | Oxford Englis...    https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

### anyone, pron.    a1393–

Frequently in negative, interrogative, and conditional contexts: any person or persons at all; even a single individual.

### anyway, adv.    a1400–

Now the usual sense. As sentence adverb: at any rate, in any case.

### anywhat, pron. & adv.    a1400–1912

A thing of any kind; = anything, pron. & n.A.I.1. Cf. somewhat, n. A.1.

### anywhere, adv. & pron.    a1400–

To any place. Frequently with go.

### anywhither, adv.    1517–

To or towards any place; (formerly also) †in any direction (obsolete).

### anywhence, adv.    1531–

From any place.

### anyhow, adv., adj., & n.    1637–

As sentence adverb: at any rate; in any case; = anyway, adv. 2a. Cf. any old how at any, adj. & pron. & n. & adv.phrases P.6c.i.

### any-lengthian, adj.    1805

Unscrupulous; ready to go any lengths (see length, n. I.5b).

### anyplace, adv. & n.    1819–

North American colloquial. In or at any place; = anywhere, adv. A.2.

### anywhen, adv.    1834–

At any time; ever; = anytime, adv. A.1a. Cf. nowhen, adv.

### any road, adv.    1855–

As sentence adverb: at any rate, in any case; = anyway, adv. 2a. Also used to end a conversation, change topic, or return to a topic after an...

### Anytown, n.    1919–

Any real or fictional place regarded as being typical of or resembling a small American town in appearance, values, etc. Cf. anyplace, n.

### anyon, n.    1982–

A quasiparticle in two-dimensional space whose statistics can take arbitrary values between those characterizing bosons and fermions.



any_adj,_pron,_n.,_adv_meanings,_etymology and more | Oxford Englis...              https://www.oed.com/dictionary/any_adj?tab=meaning_and_use&tl=tr...

| About OED | How to use the OED |
|---|---|
| Historical Thesaurus | Purchasing |
| Editorial policy | Help with access |
| Updates | World Englishes |
| Institutional account management | Contribute |
| Accessibility | Oxford University Press |
| Contact us | Oxford Languages |
| Upcoming events | Oxford Academic |
| Case studies | Oxford Dictionary of National Biography |
| Media enquiries | |

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*



Cookie policy     Privacy policy     Legal notice

Copyright © 2025 Oxford University Press

cited in MI FAMILIA VOTA v. PETERSEN
No. 24-3188 archived February 19, 2025

