**Nos. 24-3188, 24-3559 & 24-4029**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

MI FAMILIA VOTA, et al.,
*Plaintiffs-Appellees*,
vs.

ADRIAN FONTES, et al.,
*Defendants-Appellees*,
and

REPUBLICAN NATIONAL COMMITTEE, et al.,
*Intervenor-Defendants-Appellants*.

---

On Appeal from the United States District Court for the District of Arizona
Hon. Susan R. Bolton
Case No. 2:22-cv-00509-SRB (Consolidated)

---

NOTICE OF SUBSTITUTION OF PARTY

---

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Ave., First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Counsel for Appellants Warren Petersen, and Steve Montenegro*

March 5, 2025

The first regular session of the Fifty-Seventh Arizona Legislature commenced on January 13, 2025. *See* Ariz. Const. art. IV, pt. 2, § 3.

Pursuant to FRAP 43(c)(2), notice is hereby given that Steve Montenegro, in his official capacity as Representative for Legislative District 29 and Speaker of the Arizona House of Representatives, is automatically substituted for former Speaker of the Arizona House of Representatives Ben Toma as a Intervenor-Defendant-Appellant in the consolidated appeal.

Dated this 5th day of March, 2025

Respectfully submitted,

*/s/ Thomas Basile*

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Ave., First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Counsel for Appellants Warren Petersen, and Steve Montenegro*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the Notice on March 5, 2025 with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

*/s/ Thomas Basile*