UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MI FAMILIA VOTA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,<br><br>        Defendants - Appellees,<br><br>WARREN PETERSEN, President of the Arizona Senate; et al.,<br><br>        Intervenor-Defendants - Appellants. | No. 24-3188<br><br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix<br><br>ORDER |
| MI FAMILIA VOTA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>KRIS MAYES and STATE OF ARIZONA,<br><br>        Defendants - Appellants. | No. 24-3559<br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix |
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,<br><br>        Plaintiffs - Appellants, | No. 24-4029<br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix |

and

MI FAMILIA VOTA; et al.,

       Plaintiffs,

 v.

ADRIAN FONTES; et al.,

       Defendants,

and

KRIS MAYES and STATE OF ARIZONA,

       Defendants - Appellees,

WARREN PETERSEN; et al.,

       Intervenor-Defendants - Appellees.

Before: WARDLAW, GOULD, and BUMATAY, Circuit Judges.

    Unopposed Motion of Republican Appellants, State of Arizona, and Arizona Attorney General Kris Mayes to Clarify the Deadline for Filing a Petition for Rehearing En Banc [Dkt. No. 244] is GRANTED. The deadline for any party to file a petition for rehearing *en banc* is April 11, 2025 for the above-captioned appeals.