**Nos. 24-3188, 24-3559, 24-4029**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MI FAMILIA VOTA, *et al.*,

*Plaintiffs-Appellees*,

*v.*

ADRIAN FONTES, *et al.*,

*Defendants-Appellants*,

WARREN PETERSEN, *et al.*,

*Intervenor-Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Arizona, No. 2:22-CV-00509 (Bolton, J.)

## NON-U.S. PLAINTIFFS-APPELLEES' MOTION TO HOLD IN ABEYANCE DEADLINES FOR ATTORNEYS' FEES AND COSTS

Elisabeth C. Frost
Christopher D. Dodge
Qizhou Ge
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
cdodge@elias.law
age@elias.law

Roy Herrera
Daniel A. Arellano
Jillian L. Andrews
HERRERA ARELLANO LLP
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004-1935
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*

The non-U.S. Plaintiffs-Appellees[1] ("Movants") move the Court to hold in abeyance the deadlines for motions for attorneys' fees under Circuit Rule 39-1.6 and for costs under Fed. R. App. P. 39(d) and Circuit Rules 39-1.1 and 39-1.5. Movants respectfully state that granting the relief sought in this motion will best serve judicial economy and preserve the time and resources of the Court and parties. No party opposes the motion. Movants state as follows in support of the motion:

1.  On February 25, 2025, this Court issued its opinion, affirming the district court's rulings on numerous issues, while vacating the district court's finding that H.B. 2243 was not enacted with intent to discriminate, and remanding for further proceedings. *See* Doc. 242. The Court directed that costs shall be taxed against Appellants. Doc. 243.

2.  Several parties intend to seek attorneys' fees and costs under 42 U.S.C. § 1988(b) and other applicable federal statutes. Under Fed. R. App. P. 39(d)(1)-(2) and Circuit Rule 39-1.1, bills of costs must be filed within 14 days after the entry of judgment, and objections must be filed within 14 days thereafter. Under Circuit

---

[1] Non-U.S. Plaintiffs-Appellees Promise Arizona and Southwest Voter Registration Education Project; Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund; Democratic National Committee and Arizona Democratic Party; Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition; Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, San Carlos Apache Tribe, and Arizona Coalition for Change; and Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket all join Mi Familia Vota and Voto Latino in this motion.

Rule 39-1.6(a), requests for attorneys' fees must be filed no later than 14 days after the Court's disposition of a petition for rehearing or 14 days after the deadline in which a petition for rehearing may be filed.

3.      The Republican Appellants and the State of Arizona and Arizona Attorney General ("Appellants") have indicated that they intend to file a petition for rehearing en banc. Doc. 244, 248. To that end, they filed an unopposed motion seeking to set a deadline for such a petition, which the Court granted. *Id.* These appellants may also petition for a writ of certiorari, and such a petition can be filed within 90 days after either entry of the judgment (if rehearing is granted) or after the denial of rehearing. S. Ct. Rule 13(1), (3).

4.      Given the likelihood that Appellants will seek rehearing en banc, or alternatively a petition for a writ of certiorari from the Supreme Court, Movants wish to preserve their right to seek attorneys' fees and costs, while also avoiding potentially unnecessary or premature briefing on fees and costs. Briefing motions for attorneys' fees and costs during the pendency of a petition for rehearing en banc or a petition for certiorari would disserve judicial economy and the parties' resources. At the same time, Movants do not wish to inadvertently forfeit their right to fees and costs while Appellants pursue any further potential appeals. Additionally, Movants respectfully request that any order holding the deadlines for attorneys' fees and costs in abeyance should apply to all parts of the panel's opinion and all parties

in this consolidated appeal, even if Appellants file a petition for rehearing en banc and/or a petition for a writ of certiorari seeking review of only some of the panel's rulings. Adjudicating motions for attorneys' fees and costs in multiple stages or at different times would also disserve judicial economy.

5.      Accordingly, in order to set a clear deadline for any motions for fees and costs, Movants respectfully ask this Court to hold in abeyance the deadlines for attorneys' fees and costs regarding any of the panel opinion's rulings pending the lapse of the deadline to file a petition for certiorari in Supreme Court or, if such a petition is filed, the conclusion of any proceedings in the Supreme Court. Regardless of whether Appellants seek en banc rehearing or a writ of certiorari with respect to a particular holding or claim, Movants respectfully request that the deadline for any motion for attorneys' fees and costs regarding any of the panel opinion's rulings be held in abeyance pending the lapse of the deadline to file a petition for certiorari in Supreme Court regarding any of the panel opinion's rulings or, if such a petition is filed, the conclusion of any proceedings in the Supreme Court.

6.      No party to the appeal opposes this motion.

## CONCLUSION

For the reasons above, the Court should grant the motion to hold the deadlines for attorneys' fees and costs in abeyance.

April 4, 2025                          Respectfully submitted,

_/s/ Christopher D. Dodge_

**HERRERA ARELLANO LLP**          **ELIAS LAW GROUP LLP**
Roy Herrera                       Elisabeth C. Frost
Daniel A. Arellano                Christopher D. Dodge
Jillian L. Andrews                Qizhou Ge
1001 North Central Avenue         250 Massachusetts Ave NW
Suite 404                         Suite 400
Phoenix, AZ 85004-1935            Washington, DC 20001
Telephone: (602) 567-4820         Telephone: (202) 968-4513
roy@ha-firm.com                   Facsimile: (202) 968-4498
daniel@ha-firm.com                efrost@elias.law
jillian@ha-firm.com               cdodge@elias.law
                                  age@elias.law

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*

Filed with the consent of counsel for non-U.S. Plaintiffs listed below.

_/s/ Ernest Herrera_

**ORTEGA LAW FIRM**               **MEXICAN AMERICAN LEGAL**
Daniel R. Ortega Jr.              **DEFENSE AND EDUCATIONAL**
361 East Coronado Road, Suite 101 **FUND**
Phoenix, AZ 85004-1525            Ernest Herrera
Telephone: (602) 386-4455         Erika Cervantes
danny@ortegalaw.com               634 South Spring Street, 11th Floor
                                  Los Angeles, CA 90014
                                  Telephone: (213) 629-2512
                                  Facsimile: (213) 629-0266
                                  eherrera@maldef.org
                                  ecervantes@maldef.org

*Attorneys for Promise Arizona and Southwest Voter Registration Education Project*

_/s/ Jon Sherman_

**FAIR ELECTIONS CENTER**          **ARNOLD & PORTER**
Jon Sherman                       **KAYE SCHOLER, LLP**

Michelle Kanter Cohen
Beauregard Patterson
Nina Beck
Emily Davis
1825 K St. NW, Ste. 450
Washington, D.C. 20006
Telephone: (202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.o
rg
bpatterson@fairelectionscenter.org
nbeck@fairelectionscenter.org
edavis@fairelectionscenter.org

John A. Freedman
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5000
John.Freedman@arnoldporter.com

*Attorneys for Poder Latinx, Chicanos Por La Causa, and
Chicanos Por La Causa Action Fund*

/s/ Christopher E. Babbitt

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Christopher E. Babbitt
Daniel S. Volchok
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
christopher.babbitt@wilmerhale.com
daniel.volchok@wilmerhale.com

*Attorneys for the Democratic National Committee and Arizona Democratic
Party*

/s/ Niyati Shah

**LATHAM & WATKINS LLP**
Sadik Huseny
Amit Makker
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ASIAN AMERICANS ADVANCING
JUSTICE-AAJC**
Niyati Shah
Noah Baron
Terry Ao Minnis
1620 L Street NW, Suite 1050
Washington, DC 20036

- 5 -

sadik.huseny@lw.com
amit.makker@lw.com

Telephone: (202) 296-2300
Facsimile: (202) 296-2318
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

**SPENCER FANE**
Andrew M. Federhar
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431
afederhar@spencerfane.com

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian*
*and Pacific Islander for Equity Coalition*

*/s/ Danielle Lang*

**BARTON MENDEZ SOTO**
James Barton
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
Telephone: 480-418-0668
james@bartonmendezsoto.com

**CAMPAIGN LEGAL CENTER**
Danielle Lang
Jonathan Diaz
Brent Ferguson
Kathryn Huddleston
1101 14th St. NW, Suite 400
Washington, D.C. 20005
Telephone: (202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegelcenter.org
bferguson@campaignlegelcenter.org
khuddleston@campaignlegalcenter.org

**DEPARTMENT OF JUSTICE**
**SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
Attorney General
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler
John Bonifaz
Ben Clements
28 S. Main St., Suite 200
Sharon, MA 02067
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

**MAYER BROWN LLP**
Lee H. Rubin
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
lrubin@mayerbrown.com

Daniel T. Fenske
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
dfenske@mayerbrown.com

Rachel J. Lamorte
1999 K Street NW
Washington, DC 20006
Telephone: (202) 362-3000
rlamorte@mayerbrown.com

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

*/s/ Joshua J. Messer*

**OSBORN MALEDON, P.A.**
David B. Rosenbaum
Joshua J. Messer
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

**LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Ryan Snow
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600

**NATIVE AMERICAN RIGHTS FUND**
Allison A. Neswood
Matthew Campbell
Jacqueline D. DeLeon
250 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 447-8760
neswood@narf.org
mcampbell@narf.org
jdeleon@narf.org

Samantha B. Kelty
950 F Street NW, Suite 1050,
Washington, D.C. 20004
Telephone: (202) 785-4166 (direct)

rsnow@lawyerscommittee.org      kelty@narf.org

<table>
<tr>
<td>

**GILA RIVER INDIAN COMMUNITY**
Javier G. Ramos
Post Office Box 97
Sacaton, Arizona 85147
Telephone: (520) 562-9760
javier.ramos@gric.nsn.us

*Representing Gila River Indian Community Only*

</td>
<td>

**TOHONO O'ODHAM NATION**
Howard M. Shanker
Attorney General
Marissa L. Sites
Assistant Attorney General
P.O. Box 830
Sells, Arizona 85634
Telephone: (520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov

*Representing Tohono O'odham Nation Only*

</td>
</tr>
</table>

**Attorneys for Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket**

## CERTIFICATE OF COMPLIANCE

This motion complies with the applicable provisions of both the Federal Rules of Appellate Procedure and this Court's rules in that: (1) according to the word-count feature of the word-processing system used to generate the motion (Microsoft Word), the motion contains 782 words, excluding the portions exempted from the count by the rules, and (2) the motion has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

/s/ *Christopher D. Dodge*
CHRISTOPHER D. DODGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, which will notify all registered counsel.

/s/ *Christopher D. Dodge*
CHRISTOPHER D. DODGE