FILED

MAY 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MI FAMILIA VOTA; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,<br><br>      Defendants - Appellees,<br><br>WARREN PETERSEN, President of the Arizona Senate; et al.,<br><br>      Intervenor-Defendants - Appellants. | No. 24-3188<br><br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix<br><br>ORDER |
| MI FAMILIA VOTA; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>KRIS MAYES and STATE OF ARIZONA,<br><br>      Defendants - Appellants. | No. 24-3559<br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix |
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,<br><br>      Plaintiffs - Appellants, | No. 24-4029<br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona, Phoenix |

and

MI FAMILIA VOTA; et al.,

      Plaintiffs,

v.

ADRIAN FONTES; et al.,

      Defendants,

and

KRIS MAYES and STATE OF ARIZONA,

      Defendants - Appellees,

WARREN PETERSEN and REPUBLICAN NATIONAL COMMITTEE,

      Intervenor-Defendants - Appellees,

and

STEVE MONTENEGRO, Speaker of the Arizona House of Representatives,

      Intervenor-Defendant - Appellant.

Before: WARDLAW, GOULD, and BUMATAY, Circuit Judges.

    The United States' Unopposed Motion to Stay the Deadlines for Appellees to Respond to the Petitions for Rehearing *En Banc* (Dkt. No. 271) is GRANTED. Appellees' deadlines to file their responses to both the Appellants' Petition for

Rehearing *En Banc* (Dkt. No. 261) and the State of Arizona and Kris Mayes' Petition for Rehearing *En Banc* (Dkt. No. 262) are stayed pending resolution of the United States' Motion for an indicative ruling on the United States' requests under Federal Rule of Civil Procedure 60(b)(5) or Rule 60(b)(6) and for voluntary dismissal of the United States' claims under Rule 41(a)(2).

The United States is ordered to file a status report once the district court rules on the United States' Motion for an indicative ruling. Appellees' deadline to file their responses to both Petitions for Rehearing *En Banc* are moved to 14 days either after (1) the district court rules on the United States' Motion for an indicative ruling or (2) if the district court indicates that it would grant the United States' requested relief or that the United States' Motion raises a substantial issue, any limited remand ordered by this Court and a final ruling by the district court on the United States' requests under Federal Rule of Civil Procedure 41(a)(2) and Rule 60(b).