IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Nos. 24-3188, 24-3559, 24-4029

MI FAMILIA VOTA, *et al.*,

        Plaintiffs-Appellees

v.

ADRIAN FONTES, *et al.*,

        Defendants-Appellees

WARREN PETERSEN, *et al.*,

        Intervenors-Defendants-Appellants/Cross-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES' STATUS REPORT

Pursuant to this Court's Order dated May 1, 2025, plaintiff-appellee United States submits to the Court the following status report subsequent to the district court's ruling on the United States' Motion for an Indicative Ruling on the United States' requests under Federal

Rules of Civil Procedure 60(b)(5) or Rule 60(b)(6) and for voluntary dismissal of the United States' claims under Rule 41(a)(2):

1. The United States filed suit against Arizona and its Secretary of State, arguing that portions of Arizona House Bill (H.B.) 2492 violate Section 6 of the National Voter Registration Act, 52 U.S.C. 20505, and Section 101 of the Civil Rights Act of 1964, 52 U.S.C. 10101(a)(2)(B). *See* 3-MFV-SER-561-577.[1] The district court ruled in the United States' favor and entered final judgment, permanently enjoining enforcement of the H.B. 2492 provisions the United States had challenged (1-ER-3-4). A divided panel of this Court affirmed the district court's rulings on the United States' claims. *See* Op. 35-40, 56, 58-59. Following the panel decision, intervenors and Arizona each filed a Petition for Rehearing En Banc. C.A. Dkt. 261-262.

---

[1] "__-MFV-SER-__" refers to the volume and page numbers in the Supplemental Excerpts of Record filed with the Mi Familia Vota plaintiffs' brief. "__-ER-__" refers to the volume and page numbers of the intervenors' Excerpts of Record. "Doc. __, at __" refers to the docket entry number and relevant pages of documents filed in the district court, *Mi Familia Vota v. Fontes*, No. 2:22-cv-509 (D. Ariz.). "Op. __" refers to the page numbers in the panel opinion. "C.A. Dkt. __" refers to the docket entry number of documents filed in this appeal.

2. The United States no longer seeks to press the claims that it brought in this case in 2022. Accordingly, on April 8, 2025, it filed a motion in the district court under Federal Rule of Civil Procedure 62.1 for an indicative ruling on the United States' requests under Rule 60(b)(5) or (6) for relief from the final judgment in *United States v. Arizona*, No. 2:22-cv-1124 (D. Ariz.), and for voluntary dismissal of the United States' claims under Rule 41(a)(2) once judgment has been vacated. Doc. 771, at 1-3. The United States asked this Court to stay appellees' deadlines for responding to the Petitions for Rehearing En Banc, pending resolution of the United States' Motion for an Indicative Ruling and associated requests for relief. C.A. Dkt. 271.

3. In an order dated May 1, 2025, the Court granted the United States' Motion to Stay the Deadlines for Appellees to Respond to the Petitions for Rehearing En Banc. C.A. Dkt. 273. The Court ordered the United States to file a status report once the district court ruled on the United States' Motion for an Indicative Ruling and moved appellees' deadline to file their response to 14 days after (1) the district court's ruling on the motion or (2) the district court's indication that it would grant the United States' requested relief or that the United States'

- 3 -

Motion raises a substantial issue, any limited remand ordered by this Court, and a final ruling by the district court on the United States' requests under Federal Rules of Civil Procedure 41(a)(2) and Rule 60(b). *Ibid.*

    4.  On May 27, 2025, the district court issued an Order granting the United States' request for an indicative ruling. Doc. 778, at 2. The Order indicated that if this Court were to issue a limited remand to permit the district court to rule on the United States' motion for relief from judgment and for voluntary dismissal, the motion would be denied. *Id.* at 2-3.

- 5 -

In accordance with this Court's Order dated May 1, 2025, appellees' deadline to file responses to the Petitions for Rehearing En Banc is June 10, 2025.

                                        Respectfully submitted,

                                        JESUS A. OSETE
                                          Deputy Assistant Attorney General

                                        s/ Andrew G. Braniff
                                        ANDREW G. BRANIFF
                                        JASON LEE
                                        CHRISTOPHER C. WANG
                                          Attorneys
                                          Department of Justice
                                          Civil Rights Division
                                          Appellate Section
                                          Ben Franklin Station
                                          P.O. Box 14403
                                          Washington, D.C.  20044-4403
                                          (202) 532-3803

Date:  May 28, 2025