# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Republican National Committee
          v. Mi Familia Vota, et al.
          No. 25-1017
          (Your No. 24-3188, 24-3559, 24-4029)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 19, 2026 and placed on the docket February 24, 2026 as No. 25-1017.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst